UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br><br>     v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, BRUCE D. KAY, ROBERT J. GAGALIS, ROBERT G. BARBER, JR., LAWRENCE COLLINS, MICHAEL A. SKUBISZ, JERRY A. SHANAHAN, HOR CHONG (DAVID) BOEY,<br><br>                    Defendants | Civ. No. 01:07-00039-SM |

## UNCONTESTED MOTION FOR ENTRY OF PERMANENT INJUNCTION AGAINST ROBERT J. GAGALIS

Plaintiff Securities and Exchange Commission ("SEC") moves pursuant to Fed.R.Civ.P. 65 for entry of a permanent injunction against Defendant Robert J. Gagalis ("Gagalis") enjoining him from violating the anti-fraud, periodic reporting, internal controls, and books and records provisions of the Securities Exchange Act of 1934 ("Exchange Act") and rules adopted pursuant to the Exchange Act.  As grounds for the motion, the SEC states the following facts.

The SEC alleges in its Complaint that  Gagalis violated or aided and abetted violations of Sections 17(a) of the Securities Act of 1933 [15 U.S.C. §77q], 10(b), 13(a), 13(b)(2)(A), 13(b)(2)(B), and 13(b)(5) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78j(b), 78m(a), 78m(b)(2)(A), 78m(b)(2)(B), and

78m(b)(5) ] and Rules 10b-5, 12b-20, 13a-1, 13a-13, 13b2-1 and 13b2-2 thereunder [17 C.F.R. §§ 240.10b-5, 240.12b-20, 240.13a-1,  240.13a-13, 240.13b2-1 and 240.13b2-2].

Gagalis admits the court's jurisdiction and consents to the entry of the Order of Permanent Injunction in the attached Consent.  Without admitting or denying the allegations of the Complaint, except to admit the Court's jurisdiction over him personally and over the subject matter of this action, Gagalis consents to entry of a permanent injunction enjoining him from violating the provisions listed in the Complaint.  No disgorgement or civil penalties will be included.  Gagalis waives findings of fact and conclusions of law.

Entry of the proposed order for permanent injunction, resolves all the issues in this case.  There being no reason for delay, the SEC respectfully requests pursuant to Fed. R.Civ.P. 54(b) that a final judgment be entered.

Respectfully submitted, March 4, 2008.


/s/ Nancy J. Gegenheimer
Nancy J. Gegenheimer (Colo. 8981)

Attorney for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Phone:  303.844.1000
Fax:  303.844.1068

CERTIFICATE OF SERVICE

I certify that on March 4, 2008, I sent a true copy of the foregoing **UNCONTESTED MOTION FOR ENTRY OF PERMANENT INJUNCTION AGAINST ROBERT J. GAGALIS** was served by electronically mailing it through the ECF system to the following persons:

Peter D. Anderson      peter.anderson@mclane.com ,  (Counsel for Shanahan)

John Richard Baraniak, Jr.      jbaraniak@choate.com (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Spaeth)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff      mdubnoff@eapdlaw.com   (Counsel for Barber)

Andrew Good   agood@goodcormier.com (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Jeffrey S. Lyons   lyonsj@sec.gov (Counsel for SEC)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Richard J. McCarthy      rmccarthy@edwardsangell.com (Counsel for Barber)

Michael D. Ramsdell      mramsdell@krhlaw.com (Counsel for Barber)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jonathan A. Shapiro     jonathan.shapiro@wilmerhale.com  (Counsel for Jaeger)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan   jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell   wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)


                                    _/s/ Nancy J. Gegenheimer_
                                    Nancy J. Gegenheimer