UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>               Plaintiff,<br>   v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, BRUCE D. KAY, ROBERT J. GAGALIS, ROBERT G. BARBER, JR., LAWRENCE COLLINS, MICHAEL A. SKUBISZ, JERRY A. SHANAHAN, HOR CHONG (DAVID) BOEY,<br><br>               Defendants | Civ. No. 01:07-00039-SM |

**UNCONTESTED MOTION FOR ENTRY OF PERMANENT INJUNCTION AGAINST BRUCE D. KAY**

Plaintiff Securities and Exchange Commission ("SEC") moves pursuant to Fed.R.Civ.P. 65 for entry of a permanent injunction against Defendant Bruce D. Kay ("Kay") enjoining him from violating the anti-fraud, periodic reporting, internal controls, and books and records provisions of the Securities Exchange Act of 1934 ("Exchange Act") and rules adopted pursuant to the Exchange Act. As grounds for the motion, the SEC states the following facts.

The SEC alleges in its Complaint that Kay violated or aided and abetted violations of Sections 17(a) of the Securities Act of 1933 [15 U.S.C. §77q], 10(b), 13(a), 13(b)(2)(A), 13(b)(2)(B), and 13(b)(5) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §§ 78j(b), 78m(a), 78m(b)(2)(A), 78m(b)(2)(B), and

78m(b)(5) ] and Rules 10b-5, 12b-20, 13a-1, 13a-13, 13b2-1 and 13b2-2 thereunder [17 C.F.R. §§ 240.10b-5, 240.12b-20, 240.13a-1, 240.13a-13, 240.13b2-1 and 240.13b2-2].

Kay admits the court's jurisdiction and consents to the entry of the Order of Permanent Injunction in the attached Consent.  Without admitting or denying the allegations of the Complaint, except to admit the Court's jurisdiction over him personally and over the subject matter of this action, Kay consents to entry of a permanent injunction enjoining him from violating the provisions listed in the Complaint.  No disgorgement or civil penalties will be included.  Kay waives findings of fact and conclusions of law.

Entry of the proposed order for permanent injunction, resolves all the issues in this case.  There being no reason for delay, the SEC respectfully requests pursuant to Fed. R.Civ.P. 54(b) that a final judgment be entered.

Respectfully submitted, March 4, 2008.

/s/ Nancy J. Gegenheimer
Nancy J. Gegenheimer (Colo. 8981)

Attorney for Plaintiff
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
Phone:  303.844.1000
Fax:  303.844.1068

CERTIFICATE OF SERVICE

I certify that on March 4, 2008, I sent a true copy of the foregoing **UNCONTESTED MOTION FOR ENTRY OF PERMANENT INJUNCTION AGAINST BRUCE D. KAY** was served by electronically mailing it through the ECF system to the following persons:

Peter D. Anderson     peter.anderson@mclane.com , (Counsel for Shanahan)

John Richard Baraniak, Jr.     jbaraniak@choate.com  (Counsel for Patel)

Diana K. Lloyd    dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores    pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman    jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro    jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker    miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth    peter.spaeth@wilmerhale.com (Counsel for Spaeth)

Bruce A. Singal    bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger    jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce    mpeirce@dbslawfirm.com (Counsel for Kay

Victor W. Dahar    vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly    apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff     mdubnoff@eapdlaw.com    (Counsel for Barber)

Andrew Good     agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier    pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon    sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl    lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Jeffrey S. Lyons    lyonsj@sec.gov   (Counsel for SEC)

Mark B. Dubnoff    mdubnoff@eapdlaw.com (Counsel for Barber)

4

Richard J. McCarthy     rmccarthy@edwardsangell.com (Counsel for Barber)

Michael D. Ramsdell     mramsdell@krhlaw.com (Counsel for Barber)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jonathan A. Shapiro     jonathan.shapiro@wilmerhale.com  (Counsel for Jaeger)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)


　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Nancy J. Gegenheimer_
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Gegenheimer