UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>            Plaintiff,<br>    v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, LAWRENCE COLLINS, MICHAEL A. SKUBISZ, JERRY A. SHANAHAN,<br><br>            Defendants | Civ. No. 01:07-00039-SM |

## UNCONTESTED MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT DAVID J. KIRKPATRICK

Plaintiff, U.S. Securities and Exchange Commission, respectfully moves this Court for entry of Final Judgment against Defendant Kirkpatrick in the form attached hereto as Exhibit A.  The parties have reached a settlement as set forth in the Proposed Final Judgment and Consent attached thereto.

Dated this 17th day of June, 2011.

/s/ Nancy Gegenheimer
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

CERTIFICATE OF SERVICE

I certify that on 17th day of June, I sent a true copy of the foregoing electronically mailing it through the ECF system to the following persons:

- **Peter D. Anderson**
  peter.anderson@mclane.com,melanie.scargill@mclane.com,docket@mclane.com
- **John Richard Baraniak , Jr**
  jbaraniak@choate.com
- **Willliam Cintolo**
  wcintolo@aol.com
- **Philip G. Cormier**
  pcormier@goodcormier.com
- **Victor W. Dahar**
  vdaharpa@worldnet.att.net
- **Maria R. Durant**
  mdurant@dwyercollora.com
- **Andrew Good**
  agood@goodcormier.com,pcormier@goodcormier.com,ttam@goodcormier.com, hill@goodcormier.com,josh@goodcormier.com
- **Steven M. Gordon**
  sgordon@shaheengordon.com,concord@shaheengordon.com,bstevens@shaheengordon.com
- **Miranda Hooker**
  miranda.hooker@wilmerhale.com
- **Lucy J. Karl**
  lkarl@shaheengordon.com,concord@shaheengordon.com,bstevens@shaheengordon.com
- **William H. Kettlewell**
  wkettlewell@dwyercollora.com
- **John C. Kissinger**
  jkissinger@nkms.com,sbarrington@nkms.com
- **Diana K. Lloyd**
  dlloyd@choate.com
- **Richard J. McCarthy**
  rmccarthy@edwardsangell.com
- **Peter Bryan Moores**
  pmoores@choate.com
- **Ann Pauly**
  apauly@gtmllp.com
- **Michelle R. Peirce**
  mpeirce@dbslawfirm.com

- **Michael D. Ramsdell**
  mramsdell@orr-reno.com,federalcourt@orr-reno.com,mmcfall@orr-reno.com
- **Jeffrey B. Rudman**
  jeffrey.rudman@wilmerhale.com
- **Jennifer M. Ryan**
  jryan@dwyercollora.com
- **Jonathan A. Shapiro**
  jonathan.shapiro@wilmerhale.com
- **Kevin E. Sharkey**
  kjs5@myfairpoint.net
- **Bruce A. Singal**
  bsingal@dbslawfirm.com
- **Peter A. Spaeth**
  peter.spaeth@wilmerhale.com

/s/ Nicole L. Nesvig