UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, )<br>ERIC JAEGER, BRUCE D. KAY, ROBERT J. )<br>GAGALIS, ROBERT G. BARBER, JR., )<br>LAWRENCE COLLINS, MICHAEL A.SKUBISZ, )<br>JERRY A. SHANAHAN, and )<br>HOR CHONG (David) BOEY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 07-00039-SM |

## NOTICE OF ATTORNEY FIRM NAME CHANGE

Please change my firm name with regard to the above-captioned matter as follows:

John C. Kissinger, Jr., Esquire
Nelson Kinder + Mosseau PC
99 Middle Street
Manchester, NH 03101

Respectfully submitted,

BRUCE D. KAY,

By and through his attorneys,

NELSON KINDER + MOSSEAU PC

Dated:  July 12, 2011      By:  */s/ John C. Kissinger, Jr., Esquire*
John C. Kissinger, Jr., Esquire (NHBA #10245)
99 Middle Street
Manchester, NH  03105
Tel.: 603-647-1800

**CERTIFICATE OF SERVICE**

    I, John C. Kissinger, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 12th day of July, 2011.

By: */s/ John C. Kissinger, Jr., Esquire*
John C. Kissinger, Jr., Esquire (NHBA #10245)