**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br> v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, BRUCE D. KAY, ROBERT J. GAGALIS, ROBERT G. BARBER, JR., LAWRENCE COLLINS, MICHAEL A. SKUBISZ, JERRY A. SHANAHAN, HOR CHONG (DAVID) BOEY,<br><br>        Defendants. | No. 01:07-00039-SM |

**DEFENDANT ERIC JAEGER'S MOTION FOR LEAVE TO**
**FILE A REPLY MEMORANDUM IN EXCESS OF TEN PAGES**

NOW COMES Defendant Eric Jaeger, by his undersigned counsel, pursuant to Local Rule 7.1(e)(1), and hereby moves for leave to file a reply memorandum in excess of ten pages.

In support of said motion, Defendant Jaeger states the following:

1. Defendant Jaeger seeks to file a reply memorandum to the SEC's Response to Defendant Jaeger's Motion for Summary Judgment.

2. The proposed reply memorandum is 16 pages long. The additional pages are necessary to fully discuss the many factual and legal arguments raised in the SEC's Response to Mr. Jaeger's potentially dispositive motion, and the discussion will aid the Court in decision the motion.

3. Pursuant to Local Rule 7.1(c), counsel for the Defendant Jaeger made a good faith effort to obtain the SEC's concurrence in this motion, however counsel for the SEC did not respond to Mr. Jaeger's request.

4. Due to the nature of this motion, no memorandum of law is submitted herewith.

WHEREFORE, Defendant Jaeger moves for leave to file the Defendant Jaeger's Reply in Support of his Motion for Summary Judgment, which exceeds the ten page limit of Local Rule 7.1(e)(1).

July 27, 2011                                                            Respectfully Submitted,

                                                                          ERIC JAEGER,

                                                                          By his attorney,

                                                                          /s/ Jonathan A. Shapiro
                                                                          Jonathan A. Shapiro
                                                                          WILMER CUTLER PICKERING HALE
                                                                          AND DORR LLP
                                                                          950 Page Mill Road
                                                                          Palo Alto, CA  94304
                                                                          (650) 858-6000

Case 1:07-cv-00039-SM   Document 247   Filed 07/27/11   Page 2 of 3

CERTIFICATE OF SERVICE

I, Jonathan Shapiro, hereby certify that this motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the 27th day of July, 2011.

/s/ Jonathan Shapiro
Jonathan Shapiro