UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, BRUCE D. KAY, ROBERT J. GAGALIS, ROBERT G. BARBER, JR., LAWRENCE COLLINS, MICHAEL A. SKUBISZ, JERRY A. SHANAHAN, HOR CHONG (DAVID) BOEY,<br><br>      Defendants. | No. 01:07-00039-SM |

### NOTICE OF WITHDRAWAL OF APPEARANCE

                 Jonathan A. Shapiro
                 Jeffrey B. Rudman (admitted *pro hac vice*)
                 Patrick T. Murphy (admitted *pro hac vice*)
                 WILMER CUTLER PICKERING HALE
                 AND DORR LLP
                 60 State Street
                 Boston, Massachusetts 02109
                 (617) 526-6000

August 3, 2011

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Patrick T. Murphy hereby gives notice that he will no longer serve as counsel for the defendant Eric Jaeger in this action. Jonathan A. Shapiro and Jeffrey B. Rudman of Wilmer Cutler Pickering Hale and Dorr will continue to represent the defendant in this matter

Dated: August 3, 2001

                                                    Respectfully Submitted,

                                                    ERIC JAEGER,

                                                    By his attorney,

                                                    /s/ Patrick T. Murphy
                                                    Jonathan A. Shapiro
                                                    Patrick T. Murphy
                                                    WILMER CUTLER PICKERING HALE
                                                    AND DORR LLP
                                                    950 Page Mill Road
                                                    Palo Alto, CA 94304

## CERTIFICATE OF SERVICE

I, Patrick Murphy, hereby certify that the Notice of Withdrawal of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 3, 2011.

/s/Patrick Murphy
Patrick Murphy, Esq.