UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                 Plaintiff,<br>  v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER,  LAWRENCE COLLINS, MICHAEL A. SKUBISZ, JERRY A. SHANAHAN,<br><br>                 Defendants | Civ. No. 01:07-00039-SM |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE SECURITIES AND EXCHANGE COMMISSION'S RESPONSE TO DEFENDANT JAEGER'S MOTION TO STRIKE DECLARATION OF STEVEN HENNING [#248]**

Plaintiff U.S. Securities and Exchange Commission ("SEC") respectfully moves this Court, pursuant to Fed.R.Civ.P. Rule 6(b) and Local Rule 7.2(a), for an order extending the time for the SEC to file its Response to Defendant Jaeger's Motion to Strike Declaration of Steven Henning to 2 days from the current due date of August 10, 2011.  As grounds therefore the SEC states:

1. Defendant Jaeger filed his Motion to Strike Declaration of Steven Henning on July 27, 2011, 2011. ("Motion").

2. The SEC's Response to the Motion to Strike is currently due on August 10, 2011.

3. Defendant Jaeger has assented to the SEC's motion for a 2 day extension of time in which to respond due to certain developments in the case. This would make the SEC's Response due on August 12, 2011.

4. The extension sought will not result in the continuance of any hearing, conference, or trial.

5. Because of the nature of this motion, no supporting memorandum is necessary.

WHEREFORE, the SEC prays for an Order granting a 2 day extension of time in which to respond to the Motion, up to and including August 12, 2011.

Respectfully submitted this 9th day of August, 2011.

/s/ Nancy J. Gegenheimer
Leslie J. Hughes (Colo. 15043)
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

CERTIFICATE OF SERVICE

I certify that on this 9th day of August, 2011, I sent a true copy of the foregoing **ASSENTED TO MOTION FOR EXTENSION OF TIME** by electronically mailing it through the ECF system to the following persons:

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

James W. Prendergast   james.prendergast@wilmerhale.com (Counsel for Jaeger)

Andrew Good   agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Leslie J. Hughes   hugheslj@sec.gov (Counsel for SEC)

>   /s/ Nancy Gegenheimer
>   Nancy Gegenheimer