UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>       v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, BRUCE D. KAY, ROBERT J. GAGALIS, ROBERT G. BARBER, JR., LAWRENCE COLLINS, MICHAEL A. SKUBISZ, JERRY A. SHANAHAN, HOR CHONG (DAVID) BOEY,<br><br>                                        Defendants. | No. 01:07-00039-SM |

**DEFENDANT JAEGER'S NOTICE OF INTENT
TO MOVE FOR LEAVE TO FILE A REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(e)(2), Defendant Eric Jaeger respectfully submits his notice of intent to move by August 26, 2011 for leave to file a reply memorandum to the U.S. Securities and Exchange Commission's ("SEC") recently filed Memorandum in Response to Defendant Eric Jaeger's Motion to Strike the Declaration of Steven Henning. The SEC has consented to Mr. Jaeger's request.

Respectfully submitted,

ERIC JAEGER,

By his attorneys,

/s/ Jonathan A. Shapiro
Jonathan A. Shapiro
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

Jeffrey B. Rudman (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

CERTIFICATE OF SERVICE

      I, Jonathan A. Shapiro, hereby certify that Defendant Eric Jaeger's Notice of Intent to Move for Leave to File a Reply Memorandum thereof filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 17, 2011.

      /s/ Jonathan A. Shapiro_____
      Jonathan A. Shapiro

Dated: August 17, 2011