UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>     Plaintiff,<br> v.<br><br>ERIC JAEGER, JERRY A. SHANAHAN,<br><br>     Defendants | Civ. No. 01:07-00039-SM |

**FULLY ASSENTED TO MOTION TO EXTEND TIME WITHIN WHICH TO TAKE EXPERT DEPOSITIONS TO OCTOBER 21, 2011**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Eric Jaeger and Jerry A. Shanahan ("Defendants") enter into this Fully Assented to Motion to Extend the time within which to complete Expert Depositions and as grounds therefore state:

1. Pursuant to the Court's Scheduling Order, (Dkt. # 218) the parties must complete Expert Depositions by October 14, 2011.

2. The parties have agreed to one additional week within which to take the three expert depositions.

3. Because of the nature of this pleading, no brief is necessary.

Wherefore, the parties pray that the Court grant up to and including October 21, 2011, within which to take expert depositions.

Respectfully submitted this 7th day of October 2011.

2

s/Nancy J. Gegenheimer
Leslie J. Hughes (Colo. 15043)
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

   s/Jonathan A. Shapiro
Jonathan A. Shapiro
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6912


  s/Andrew Good
Andrew Good
Philip G. Cormier
Good & Corimer
83 Atlantic Avenue
Boston, MA 02110

CERTIFICATE OF SERVICE

I certify that on October 7, 2011, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Jeffrey S. Lyons     lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins        scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)

S/ Nancy J. Gegenheimer