UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

              Plaintiff,

v.

ERIC JAEGER and
JERRY A. SHANAHAN,

              Defendants.

Civ. No. 01:07-00039-SM

**FULLY ASSENTED TO MOTION TO EXTEND THE TIME FOR FILING MOTIONS TO STRIKE THE PARTIES' EXPERTS UP TO AND INCLUDING NOVEMBER 18, 2011**

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Eric Jaeger and Jerry A. Shanahan ("Defendants") enter into this Fully Assented to Motion to extend the time within which to file motions to exclude the parties' experts and as grounds therefore state:

1. Pursuant to the Court's Scheduling Order, (Dkt. # 218) the parties must file motion to exclude a party's expert, on or before November 11, 2011.

2. November 11, 2011, is a federal holiday.

3. The parties have agreed to one additional week within which to file motions to exclude experts.

4. The parties pray that the Court grant up to and including November 18, 2011, within which to file motions to exclude experts.

5. Because of the nature of this pleading, no brief is necessary.

Wherefore, the parties pray that the Court grant up to and including November 18, 2011, within which to file motions to exclude experts.

Respectfully submitted this 9th day of November 2011.

s/Nancy J. Gegenheimer
Leslie J. Hughes (Colo. 15043)
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

   s/James Prendergast
Jonathan A. Shapiro
James Prendergast
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6912


  s/Andrew Good
Andrew Good
Philip G. Cormier
Good & Corimer
83 Atlantic Avenue
Boston, MA 02110

CERTIFICATE OF SERVICE

I certify that on November 9, 2011, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

3

Jeffrey S. Lyons    lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins    scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey    kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)

S/ Nancy J. Gegenheimer