UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>          Plaintiff,<br>     v.<br><br>ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>          Defendants. | Civ. No. 01:07-00039-SM |

**MOTION OF SECURITIES AND EXCHANGE COMMISSION FOR SUMMARY JUDGMENT AGAINST DEFENDANT JERRY A. SHANAHAN.**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully moves this Court for Summary Judgment against defendant Jerry A. Shanahan. The SEC relies upon the Memorandum in Support of Summary Judgment Against Defendant Jerry Shanahan and the Declaration of Nancy J. Gegenheimer and exhibits attached thereto in support of the Motion.

WHEREFORE, the SEC respectfully requests that the Court Grant Summary Judgment Against Jerry Shanahan and impose the Injunction and penalties sought in the Memorandum.

Respectfully submitted this 16th day of November, 2011.

                s/Nancy J. Gegenheimer
                Leslie J. Hughes (Colo. 15043)
                Nancy Gegenheimer (Colo. 8981)
                Securities and Exchange Commission
                1801 California Street, Suite 1500
                Denver, CO  80202
                (303) 844-1000

CERTIFICATE OF SERVICE

I certify that on November 16, 2011, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.    jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd    dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores    pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman    jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro    jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker    miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth    peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal    bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger    jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce    mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar    vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly    apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff    mdubnoff@eapdlaw.com    (Counsel for Barber)

Richard McCarthy    rmccarthy@eapdlaw.com    (Counsel for Barber)

Mark B. Dubnoff    mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell    mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good    agood@goodcormier.com    (Counsel for Shanahan)

Philip G. Cormier    pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon    sgordon@shaheengordon.com    (Counsel for Kirkpatrick)

Lucy J. Karl    lkarl@shaheengordon.com (Counsel for Kirkpatrick)

2

Jeffrey S. Lyons     lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins        scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)

                 S/ Nancy J. Gegenheimer