UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                 Plaintiff,<br>   v.<br><br>ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>                Defendants | Civ. No. 01:07-00039-SM |

**MOTION TO EXCLUDE CERTAIN OPINIONS OF DOUGLAS J. KANGOS
AND STATEMENT OF ATTEMPT TO CONCUR PURSUANT TO RULE 7.1(c)**

The United States Securities and Exchange Commission ("SEC") respectfully moves this Court to exclude certain portions of the Opinion of Douglas J. Kangos, expert witness for Eric Jaeger. In support of this Motion, the SEC relies upon the Memorandum in Support of Excluding Certain Portions of the Opinion of Douglas J. Kangos, submitted herewith.

The SEC concurred with counsel for Mr. Jaeger prior to filing this Motion.

WHEREFORE, the SEC prays that the Opinions cited in the SEC's Memorandum, be excluded.

Respectfully submitted this 18th day of November, 2011.

                                                                            s/Nancy J. Gegenheimer
                                                                            Leslie J. Hughes (Colo. 15043)
                                                                            Nancy Gegenheimer (Colo. 8981)
                                                                            Securities and Exchange Commission
                                                                            1801 California Street, Suite 1500
                                                                            Denver, CO  80202
                                                                            (303) 844-1000

CERTIFICATE OF SERVICE

I certify that on November 18, 2011, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com    (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

2

Jeffrey S. Lyons   lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes   hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins   scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey   kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan   jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant   mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell   wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo   wcintolo@aol.com (Counsel for Boey)

                                                             S/ Nicole L. Nesvig