UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>      Plaintiff,<br> v.<br><br>ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>      Defendants. | Civ. No. 01:07-00039-SM |

### ASSENTED TO MOTION TO EXTEND TO DECEMBER 9, 2011, THE TIME TO RESPOND TO MOTIONS TO STRIKE EXPERT TESTIMONY OF MESSRS. HENNING AND KANJOS

Plaintiff United States Securities and Exchange Commission ("SEC") and defendant Eric Jaeger ("Jaeger") respectfully move this Court for an Order extending the time within which to respond to Motions to Exclude Experts Testimony, and as grounds therefore state:

1. On November 18, 2011, the SEC filed its Motion to Exclude Certain Opinions of Douglas J. Kangos. [Dkt. # 262].

2. On November 18, 2011, Jaeger filed a Motion to Exclude Testimony of Steven Henning. [Dkt # 263].

3. Responses to both Motions are due on December 2, 2011.

4. The parties pray that the Court extend, to December 9, 2011, the time within which both parties can respond to the respective motions.

5. Because this is an assented to Motion, no brief is required.

2

WHEREFORE, the parties respectfully pray for an Order extending to December 9, 2011, the time within which each party can respond to the Motions to Exclude Expert Testimony [Dkt. #262 and 263].

s/Nancy J. Gegenheimer
Leslie J. Hughes (Colo. 15043)
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

s/Jonathan A. Shapiro
Jonathan A. Shapiro
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

CERTIFICATE OF SERVICE

I certify that on December 1, 2011, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

3

Jeffrey S. Lyons     lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes   hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins        scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant   mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell   wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo   wcintolo@aol.com (Counsel for Boey)

                              S/ Nancy J. Gegenheimer