UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br><br>        v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, BRUCE D. KAY, ROBERT J. GAGALIS, ROBERT G. BARBER, JR., LAWRENCE COLLINS, MICHAEL A. SKUBITZ, JERRY A. SHANAHAN, HOR CHONG (DAVID) BOEY,<br><br>                    Defendants | No. 01:07-00039-SM |

**SUPPLEMENTAL AFFIDAVIT OF ELIZABETH H. SKEY**

I, Elizabeth H. Skey, being duly sworn, hereby state that the following is true:

1.      I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr

LLP, located at 950 Page Mill Road, Palo Alto, CA 94304.  The Firm's telephone

number is (650) 858-6000.

2.      I have been admitted to practice before the following courts in the years

indicated:

| Court | Year of Admission |
|---|---|
| State of California | 2009 |
| U.S. District Court, Northern District of California | 2010 |

3.      I am an attorney in good standing and eligible to practice in the above-

referenced courts.  I have not been suspended or disbarred in any jurisdiction, and no

disciplinary actions are pending against me.

-2-

4.      I have not been denied *pro hac vice* status or had *pro hac vice* status

revoked in any court.  I have never been criminally convicted of any felony or

misdemeanor.

Signed under the penalties of perjury this 5th day of December, 2011

/s/ Elizabeth H. Skey
Elizabeth H. Skey

-3-

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that the Supplemental Affidavit of

Elizabeth H. Skey in support of Defendant Eric Jaeger's Unopposed Motion to Admit

Elizabeth H. Skey *pro hac vice* filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing and paper

copies will be sent to those indicated as non-registered participants on December 5, 2011.


/s/ Jonathan A. Shapiro
Jonathan A. Shapiro


Dated:  December 5, 2011