UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　Plaintiff,<br>　v.<br><br>PIYUSH G. PATEL, DAVID J. KIRKPATRICK, ERIC JAEGER, BRUCE D. KAY, ROBERT J. GAGALIS, ROBERT G. BARBER, JR., LAWRENCE COLLINS, MICHAEL A. SKUBITZ, JERRY A. SHANAHAN, HOR CHONG (DAVID) BOEY,<br><br>　　　　　　Defendants | No. 01:07-00039-SM |

## **SUPPLEMENTAL AFFIDAVIT OF JAMES W. PRENDERGAST**

I, James W. Prendergast, being duly sworn, hereby state that the following is true:

1.　I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 60 State Street, Boston, MA 02109. The Firm's telephone number is (617) 526-6000.

2.　I have been admitted to practice before the following courts in the years indicated:

| Court | Year of Admission |
|---|---|
| Commonwealth of Massachusetts | 1988 |
| U.S. District Court, District of Massachusetts | 1990 |
| U.S. Court of Appeals, First Circuit | 1990 |
| U.S. Court of Appeals, Third Circuit | 2006 |
| U.S. Court of Appeals, Ninth Circuit | 1994 |

3. I am an attorney in good standing and eligible to practice in the above-referenced courts. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

4. I have not been denied *pro hac vice* status or had *pro hac vice* status revoked in any court. I have never been criminally convicted of any felony or misdemeanor.

Signed under the penalties of perjury this 5th day of December, 2011

/s/ James W. Prendergast
James W. Prendergast

**CERTIFICATE OF SERVICE**

      I, Jonathan A. Shapiro, hereby certify that the Supplemental Affidavit of James W. Prendergast in support of Defendant Eric Jaeger's Unopposed Motion to Admit James W. Prendergast *pro hac vice* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on December 5, 2011.

      /s/ Jonathan A. Shapiro
      Jonathan A. Shapiro

Dated:  December 5, 2011