UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


UNITED STATES SECURITIES          )
AND EXCHANGE COMMISSION            )
                                  )
            Plaintiff,            )
                                  )
                                  )
            v.                    )    Civ.No.07-39-SM
                                  )
ERIC JAEGER and                   )
JERRY A. SHANAHAN,                )
                                  )
            Defendants.           )


**JERRY SHANAHAN'S OBJECTION AND OPPOSITION
TO THE SEC's MOTION FOR SUMMARY JUDGMENT**

Defendant Jerry Shanahan hereby objects and opposes the

SEC's Motion for Summary Judgment [Doc.# 258].  In support of

this objection and opposition, Mr. Shanahan relies upon (a) the

Consolidated Memorandum of Law in Support of His Motion for

Summary Judgment and Opposition to the SEC's Motion for Summary

Judgment, (b) Defendant Jerry Shanahan's Separate Statement of

Undisputed Material Facts in Support of His Motion For Summary

Judgment (with Exhibits); and (c) the Declaration of Jerry

Shanahan, all of which are filed herewith and hereby

incorporated by reference herein.

WHEREFORE, Jerry Shanahan respectfully requests that this

Court deny the SEC's Motion for Summary Judgment.

DATED:  December 16, 2011


Respectfully submitted,

Jerry A. Shanahan

By his attorneys,

/s/ Andrew Good
Andrew Good

/s/ Philip G. Cormier
Philip G. Cormier

Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933


Certificate of Service

    I hereby certify that a copy of the foregoing Objection and
Opposition was hereby served, via the ECF system, upon the
following:

| | |
|---|---|
| **Leslie J. Hughes** | hugheslj@sec.gov |
| **Jeffrey S. Lyons** | lyonsj@sec.gov |
| **Jeffrey B. Rudman** | jeffrey.rudman@wilmerhale.com |
| **James A. Scoggins, II** | scogginsj@sec.gov |
| **Jonathan A. Shapiro** | jonathan.shapiro@wilmerhale.com |


DATED: December 16, 2011


/s/ Andrew Good
Andrew Good

G:\CLIENTS\Shanahan (Civil)\Summary Judgment\Shanahan\Opposition and Objection to SEC Motion for
Summary Judgment.doc