```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


UNITED STATES SECURITIES      )
AND EXCHANGE COMMISSION       )
                              )
            Plaintiff,        )
                              )
                              )
         v.                   )     Civ.No.07-39-SM
                              )
ERIC JAEGER and               )
JERRY A. SHANAHAN,            )
                              )
            Defendants.       )
```

### JERRY SHANAHAN'S MOTION FOR SUMMARY JUDGMENT

Defendant Jerry Shanahan moves this Court for Summary Judgment against the Securities and Exchange Commission ("SEC") as to all claims brought by the SEC in the First Amended Complaint. In support of this motion, Mr. Shanahan relies upon (a) the Consolidated Memorandum of Law in Support of His Motion for Summary Judgment and Opposition to the SEC's Motion for Summary Judgment, (b) Defendant Jerry Shanahan's Separate Statement of Undisputed Material Facts in Support of His Motion For Summary Judgment (with Exhibits); and (c) the Declaration of Jerry Shanahan, all of which are filed herewith and hereby incorporated by reference herein.

WHEREFORE, Jerry Shanahan respectfully requests that this

Court grant summary judgment against the SEC.

DATED:   December 16, 2011

                    Respectfully submitted,

                    Jerry A. Shanahan

                    By his attorneys,

                    <u>/s/ Andrew Good</u>
                    Andrew Good

                    <u>/s/ Philip G. Cormier</u>
                    Philip G. Cormier

                    Good & Cormier
                    83 Atlantic Avenue
                    Boston, MA 02110
                    (617) 523-5933


<u>Certificate of Service</u>

     I hereby certify that a copy of the foregoing Motion was hereby served, via the ECF system, upon the following:

| | |
|---|---|
| **Leslie J. Hughes** | hugheslj@sec.gov |
| **Jeffrey S. Lyons** | lyonsj@sec.gov |
| **Jeffrey B. Rudman** | jeffrey.rudman@wilmerhale.com |
| **James A. Scoggins, II** | scogginsj@sec.gov |
| **Jonathan A. Shapiro** | jonathan.shapiro@wilmerhale.com |

DATED: December 16, 2011

                    <u>/s/ Andrew Good</u>
                    Andrew Good

G:\CLIENTS\Shanahan (Civil)\Summary Judgment\Shanahan\Motion for Summary Judgment.doc