UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>          Plaintiff,<br>    v.<br><br> ERIC JAEGER and<br> JERRY A. SHANAHAN,<br><br>          Defendants | Civ. No. 01:07-00039-SM |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF INTENT TO MOVE FOR LEAVE TO FILE A REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(e)(2), Plaintiff Securities and Exchange Commission respectfully submits its notice of intent to file, by January 16, 2012, a reply memorandum to Defendant Shanahan's Objection and Opposition to the SEC's Motion for Summary Judgment. Defendant Shanahan has consented to the SEC's request and the Court entered an Order on December 9, 2011, Granting Assented-To Motion for 4- Day Extension of Time in Which to File Opposition to the SEC's Summary Judgment Motion and Shanahan's Cross Motion for Summary Judgment.[Dkt. # 272].

Respectfully submitted this 19th day of December, 2011.

                                             s/Nancy J. Gegenheimer
Leslie J. Hughes (Colo. 15043)
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

CERTIFICATE OF SERVICE

I certify that on December 19, 2011, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.    jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar    vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff    mdubnoff@eapdlaw.com    (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com    (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell    mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good    agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon    sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl    lkarl@shaheengordon.com (Counsel for Kirkpatrick)

3

4

Jeffrey S. Lyons     lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins        scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey      kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant   mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)

S/ Nancy J. Gegenheimer