UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                          Plaintiff,<br><br>      v.<br><br>ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>                          Defendants. | Civ. No. 01:07-00039-SM |

**ASSENTED TO MOTION TO EXTEND TO JANUARY 20, 2012, PLAINTIFF'S TIME TO RESPOND TO DEFENDANT SHANAHAN'S MOTION FOR SUMMARY JUDGMENT AND REPLY TO THE SEC'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff United States Securities and Exchange Commission ("SEC") respectfully moves this Court for an Order extending the time within which the SEC must respond to Defendant Shanahan's Motion for Summary Judgment and Reply to the SEC's Motion for Summary Judgment, and as grounds therefore states:

1. On November 16, 2011, the SEC filed its Motion for Summary Judgment against Defendant Shanahan. [Dkt. #s 258-260].

2. On December 16, 2011, Shanahan filed a Motion for Summary Judgment and Response in Opposition to the SEC's Motion for Summary Judgment.

   [Dkt.#s 277-283]

3. The SEC's Response to Shanahan's Motion and a Reply to the SEC's Motion are due on January 17, 2012.

4. One of Plaintiff's counsel has been ill an unable to work on the response briefs.

5.  Defendant Shanahan has assented to the SEC's motion for 3 day extension of time in which to respond.  This would make the SEC's Response and Reply due on January 20, 2012.

6.  The extension sought will not result in the continuance of any hearing, conference or trial.

7.  Because of the nature of this motion, no supporting memorandum is necessary.

WHEREFORE, the SEC respectfully prays for an Order granting a 3 day extension in which to respond to Defendant Shanahan's Motion for Summary Judgment and Reply to the SEC's Motion for Summary Judgment, up to and including January 20, 2012.

Respectfully submitted this 17th day of January, 2012.

s/Nancy J. Gegenheimer
Leslie J. Hughes (Colo. 15043)
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

<u>CERTIFICATE OF SERVICE</u>

      I certify that on January 17, 2012, I sent a true copy of the foregoing pleading by

electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com  (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   agood@goodcormier.com (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Jeffrey S. Lyons      lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins         scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey      kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell   wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo   wcintolo@aol.com (Counsel for Boey)


                                    S/ Nancy J. Gegenheimer