UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br>     v.<br><br> ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>                    Defendants | Civ. No. 01:07-00039-SM |

**SECURITIES AND EXCHANGE COMMISSIONS STATEMENT OF UNDISPUTED FACTS IN RESPONSE AND REPLY TO SHANAHAN'S MOTION FOR SUMMARY JUDGMENT**

The Securities and Exchange Commission ("SEC") submits the following Response to Statement of Undisputed Facts ("RSUF") in Reply to Shanahan's Response to the SEC's Motion for Summary Judgment and in Response to Shanahan's Motion for Summary Judgment on the Tech Data Canada and Accton transactions.

**Tech Data Canada**

1. The SEC incorporates herein Shanahan's Statement of Undisputed Facts ("SUF") and the SEC's Response to the SUF, filed herewith.

2. On August 27, 2001 Joe Garofolo ("Garofolo") told Bruce Kay ("Kay"), with a copy to Shanahan, that Enterasys was changing the August 23, 2001 letter from Garofolo to Tech Data Canada. RSUF 1.

3. Attached hereto as Ex. RSUF 2, is an enlarged copy of page KPMG 321132 of Shanahan's SUF 46.

**Accton**

4. Shanahan sent the email with literature to Gary Workman ("Workman") on May 31, 2001. RSUF Ex. 3.

5. Workman forwarded the email to Enterasys employees in the Asia Pacific region, Alvin Heng and David Boey. RSUF Ex. 4.

6. Workman also forwarded the product literature to A.J. Huang of Accton. RSUF Ex. 5.

7. Huang turned around and sent the invoice back to Shanahan as a purchase order stating: "we will work out payment terms and condition later." RSUF Ex. 5.

8. Shanahan responded to Huang immediately stating: "This is not a PO that we can process. I need you to give us a PO from your system. RSUF Ex. 5.

9. Accton was buying Aprisma product but Shanahan had them make the order out to Enterasys.  RSUF Ex. 5.

10. Shanahan had multiple emails with Huang about the purchase order.  Shanahan told Huang that the purchase order had been improperly drafted to Aprisma and they sent him a purchase order to Enterasys.  Shanahan asked Huang to state: "that he had accidently placed the PO with Aprisma, in error, and that his relationship was with Enterasys and so that is where he wanted the PO placed."  RSUF Ex. 6.

11. Amber, of Accton, revised the PO per Shanahan's request.  RSUF Ex. 7.

12. Huang of Accton stated that he wanted confirmation of the payment terms because he was "worry about Gary's involvement."  RSUF Ex. 8.

Respectfully submitted this 20th day of January, 2012.

    s/Nancy J. Gegenheimer
    Securities and Exchange
    Commission
    1801 California Street No. 1500
    Denver, CO 80202
    (303) 844-1050

CERTIFICATE OF SERVICE

I certify that on January 20, 2012, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Jeffrey S. Lyons     lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes    hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins         scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)

                                        S/ Nancy J. Gegenheimer