UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 07-39-SM ) |
| ERIC JAEGER and JERRY A. SHANAHAN, | ) ) ) |
| Defendants. | ) |

**DEFENDANT JERRY SHANAHAN'S NOTICE OF INTENT
TO MOVE FOR LEAVE TO FILE REPLY MEMORANDUM**

Pursuant to Local Rule 7.1(e)(2), Defendant Jerry Shanahan respectfully submits his notice of intent to move by January 27, 2012 for leave to file a reply memorandum to the U.S. Securities and Exchange Commission's ("SEC") recently filed Response to Defendant Jerry Shanahan's Motion for Summary Judgment on the Tech Data Canada and Accton Transactions.

Respectfully Submitted,

JERRY SHANAHAN,

By his attorneys,

/s/ Andrew Good
Andrew Good

/s/ Philip G. Cormier
Philip G. Cormier

Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933

DATED: January 23, 2012

## Certificate of Service

    I hereby certify that a copy of the foregoing Motion was hereby served, via the ECF system, upon the following:

| | |
|---|---|
| **Leslie J. Hughes** | hugheslj@sec.gov |
| **Jeffrey S. Lyons** | lyonsj@sec.gov |
| **Jeffrey B. Rudman** | jeffrey.rudman@wilmerhale.com |
| **James A. Scoggins, II** | scogginsj@sec.gov |
| **Jonathan A. Shapiro** | jonathan.shapiro@wilmerhale.com |

DATED: January 23, 2012

                    /s/ Andrew Good_____