UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Civ. No. 07-39-SM |
| ERIC JAEGER and JERRY A. SHANAHAN, | ) ) ) ) |
| Defendants. | ) |

**DEFENDANT JERRY SHANAHAN'S ASSENTED-TO MOTION
FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT
OF HIS CROSS MOTION FOR SUMMARY JUDGMENT**

Jerry Shanahan moves this Court pursuant to Local Rule 7.1(e)(2) for leave to file his reply memorandum in support of his cross motion for summary judgment. (Dkt. 280).

In support of said motion, Mr. Shanahan states the following:

1. Mr. Shanahan seeks leave to file a reply memorandum to the SEC's Response to his summary judgment motion. (Dkt. Nos. 288-290). Pursuant to Local Rule 7(e)(1), Mr. Shanahan provided timely notice to the Court and the SEC of his intent to file this motion. (Dkt. 293).

2. The proposed reply memorandum (attached hereto as Exhibit 1) is twenty-four pages long. The reply memorandum is necessary to respond to the factual and legal arguments raised in the SEC's voluminous submissions opposing Mr. Shanahan's summary judgment motion.

3. Pursuant to Local Rule 7.1(c), the SEC has concurred in this motion.

4. Due to the nature of this motion, no memorandum of law is submitted herewith.

WHEREFORE, Defendant Jerry Shanahan moves for leave to file his Reply Memorandum in Support of His Cross Motion for Summary Judgment.

        Respectfully Submitted,

        JERRY SHANAHAN,

        By his attorneys,

        /s/ Andrew Good_____
        Andrew Good

        /s/ Philip G. Cormier_____
        Philip G. Cormier


        Good & Cormier
        83 Atlantic Avenue
        Boston, MA 02110
        (617) 523-5933

DATED: February 1, 2012


## Certificate of Service

I hereby certify that a copy of the foregoing Motion was hereby served, via the ECF system, upon the following:

| | |
|---|---|
| **Nancy Gegenheimer** | gegenheimern@sec.gov |
| **Leslie J. Hughes** | hugheslj@sec.gov |
| **Jeffrey S. Lyons** | lyonsj@sec.gov |
| **Jeffrey B. Rudman** | jeffrey.rudman@wilmerhale.com |
| **James A. Scoggins, II** | scogginsj@sec.gov |
| **Jonathan A. Shapiro** | jonathan.shapiro@wilmerhale.com |

DATED: February 1, 2012

        /s/ Andrew Good_____