UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES ) | |
| AND EXCHANGE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 07-39-SM |
| ) | |
| ERIC JAEGER and ) | |
| JERRY A. SHANAHAN, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT JERRY SHANAHAN'S PRELIMINARY WITNESS LIST

NOW COMES Defendant Jerry Shanahan, by his undersigned counsel, and respectfully submits the following list of potential witnesses with respect to the above-captioned matter.

1. Jim Benard, Fremont, CA

2. James Boyer, c/o Steve Carlin, New York, NY

3. Henry Fiallo

4. Joe Guth, Pepperell, MA

5. J. Allen Kosowsky, Shelton, CT

6. Susan Levenson, c/o Richard A. Sauber, Washington, D.C.

7. Jerry Shanahan, c/o Andrew Good, Boston, MA

8. Don Weaver, Northborough, MA

9. David Wilson, c/o Steve Carlin, New York, NY

10. Richard Gaynor, Nashua, NH

11.     Mark Hanlon, Rochester, NH

In addition to these potential witnesses, Mr. Shanahan reserves the right to supplement this list in response to any other party's pretrial statements/disclosures, or to rebut evidence adduced, and arguments made, during Plaintiff's case-in-chief.

DATED:     February 2, 2012

Respectfully submitted,

JERRY SHANAHAN,

By his attorneys,

/s/ Andrew Good_____
Andrew Good

/s/ Philip G. Cormier_____
Philip G. Cormier

Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933

Certificate of Service

I hereby certify that a copy of the foregoing Motion was hereby served, via the ECF system, upon the following:

**Nancy J. Gegenheimer**        gegenheimern@sec.gov
**Leslie J. Hughes**            hugheslj@sec.gov
**Jeffrey S. Lyons**            lyonsj@sec.gov
**Jeffrey B. Rudman**           jeffrey.rudman@wilmerhale.com
**James A. Scoggins, II**       scogginsj@sec.gov
**Jonathan A. Shapiro**         jonathan.shapiro@wilmerhale.com

DATED: February 2, 2012

/s/ Andrew Good_____

2