UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                              Plaintiff,<br><br>        v.<br><br>ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>                              Defendants. | Civ. No. 01:07-00039-SM |

**ASSENTED-TO MOTION OF SECURITIES AND EXCHANGE COMMISSION
FOR PARTIAL REVISION OF THE PRE-TRIAL AND TRIAL SCHEDULE**

Plaintiff, Securities and Exchange Commission ("SEC") respectfully moves, with

the assent of defendant Eric Jaeger ("Jaeger"),  to revise the pre-trial and trial schedule

relative to the SEC and Jaeger, as set forth below.  As grounds for this motion, the SEC

states that it seeks this revision to accommodate certain conflicts arising from trials

proceeding in other matters being handled by its lead counsel in this action.  The SEC

states further that defendant Jerry A. Shanahan and the SEC will continue file pre-trial

submissions on the dates set forth in the Joint Motion filed on February 15, 2012, and that

nothing herein shall change the dates proposed for trial in that Joint Motion.

**Proposed Revised Schedule**

**Pre-Trial Submissions:**

1. **April 3, 2012:**  Jaeger and the SEC will exchange objections to their

   respective proposed trial exhibits.

2.  **April 13, 2012:**  Jaeger and the SEC shall exchange responses to objections made to proposed trial exhibits.

3.  **April 23, 2012:**  Pursuant to Fed. R. Civ. P. 26(a)(3) and D.N.H.L.R. 16.2, Jaeger and the SEC shall file their respective Pretrial Statements, Proposed Jury Instructions, Motions In Limine, Voir Dire Requests, and proposed Verdict Forms.

4.  **May 14, 2012:**  Jaeger and the SEC shall file responses and objections to Proposed Jury Instructions, Motions in Limine, Voir Dire Requests, and proposed Verdict Forms.

**Schedule for Final Pre-Trial Conference and Trial**

Jaeger and the SEC proposed that the Court schedule a status conference for the purpose of setting a date for the Final Pretrial Conference and for Trial.  Due to the schedules of counsel with respect to a series of other successive, previously scheduled trials, the parties further propose that the date to be set for trial be no earlier than (i) October 1, 2012, or (ii) after the Court rules on the summary judgment motions filed by the SEC and Shanahan on the Shanahan claims, whichever is later.

WHEREFORE, SEC respectfully requests that the Court enter the foregoing schedule.

Respectfully submitted this 29th day of February, 2012.

s/Nancy J. Gegenheimer
Nancy J. Gegenheimer
Leslie J. Hughes
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO   80202
(303) 844-1000
gegenheimern@sec.gov

Assented to:

s/ Jonathan A. Shapiro
Elizabeth H. Skey
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

<u>CERTIFICATE OF SERVICE</u>

I certify that on February 29, 2012, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.    jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   agood@goodcormier.com (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Jeffrey S. Lyons      lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes   hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins        scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey    kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan   jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant   mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell   wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo   wcintolo@aol.com (Counsel for Boey)


S/ Nancy J. Gegenheimer