UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) )<br>            Plaintiff,     )<br>                              )<br>v.                            )<br>                              )<br>PIYUSH G. PATEL,  DAVID J. KIRKPATRICK, )<br>ERIC JAEGER, BRUCE D. KAY, ROBERT J.    )<br>GAGALIS, ROBERT G. BARBER, JR.,         )<br>LAWRENCE COLLINS, MICHAEL A. SKUBISZ, )<br>JERRY A. SHANAHAN, and                  )<br>HOR CHONG (David) BOEY,                 )<br>                              )<br>            Defendants.    )<br>                              ) | CIVIL ACTION<br>NO. 07-00039-SM<br><br>**NOTICE OF<br>WITHDRAWAL OF<br>JOHN C. KISSINGER, JR.** |

Please enter my Withdrawal as counsel for Bruce D. Kay.

Please note that Attorney Michael D. Ramsdell of Ramsdell Law Firm located at 69 Bay Street, Manchester, NH 03104, will be filing an Appearance as counsel for Bruce D. Kay.

Respectfully submitted,

BRUCE D. KAY,

By and through his attorneys,

NELSON KINDER + MOSSEAU, PC

Dated:  June 6, 2012     By:    */s/ John C. Kissinger, Jr., Esquire*
                                John C. Kissinger, Jr., Esquire (NHBA #10245)
                                99 Middle Street
                                Manchester, NH  03105
                                Tel.: (603) 647-1800
                                Email: jkissinger@nkmlawyers.com

**CERTIFICATE OF SERVICE**

I, John C. Kissinger, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 6th day of June, 2012.


Dated:  June 6, 2012          By:     */s/ John C. Kissinger, Jr., Esquire*
                                      John C. Kissinger, Jr., Esquire (NHBA #10245)