UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>        Defendants. | No. 01:07-00039-SM<br><br>**ORAL ARGUMENT REQUESTED** |

**AFFIDAVIT OF JAMES T. LUX IN SUPPORT OF DEFENDANT ERIC JAEGER'S MOTION FOR SUMMARY JUDGMENT IN LIGHT OF NEW AUTHORITY**

  I, James T. Lux, Esquire, on oath, do depose and state as follows:

  1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP in Boston, Massachusetts. I am an active member in good standing of the bar of Massachusetts and have been admitted *pro hac vice* by the Court in this case.

  2. I represent Defendant Eric Jaeger in this action. I submit this Affidavit in support of Mr. Jaeger's Motion for Summary Judgment In Light of New Authority, filed herewith.

  3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the June 30, 2011 deposition of Steven Henning.

  4. Attached hereto as **Exhibit B** is a true and correct copy of the Expert Report of Douglas J. Kangos.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2012

Respectfully submitted,

/s/ James T. Lux
James T. Lux (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000