Page 1

```
UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
Civ. No. 01:07-00039-SM
-----------------------x
UNITED STATES SECURITIES AND EXCHANGE
COMMISSION,
                              Plaintiff,
          -against-
PIYUSH G. PATEL, DAVID J. KIRKPATRICK,
ERIC JAEGER, LAWRENCE COLLINS, MICHAEL
A. SKUBISZ, JERRY A. SHANAHAN,
                              Defendants.
-----------------------x
                           399 Park Avenue
                           New York, New York

                           June 30, 2011
                           9:36 a.m.


          DEPOSITION of STEVEN L.
HENNING, an expert witness in the
above-entitled action, held at the
above time and place, taken before
Barbara P. Goldsmith, a Shorthand
Reporter and Notary Public of the State
of New York, pursuant to the Federal
Rules of Civil Procedure, and
stipulations between Counsel.
```

```
 1
 2   APPEARANCES:
 3
         UNITED STATES SECURITIES AND
 4       EXCHANGE COMMISSION
         For Plaintiff
 5              Denver Regional Office
                1801 California Street
 6              Suite 1500
                Denver, Colorado 80202
 7
     BY:    NANCY GEGENHEIMER, ESQ.
 8
 9
     WILMER, CUTLER, PICKERING,
10   HALE & DORR, LLP
     Attorneys for Defendant ERIC JAEGER
11              60 State Street
                Boston, Massachusetts 02109
12
     BY:    JAMES W. PRENDERGAST, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2              STIPULATIONS
 3      IT IS HEREBY STIPULATED AND AGREED,
 4  by and among counsel for the respective
 5  parties hereto, that the filing,
 6  sealing and certification of the within
 7  deposition shall be and the same are
 8  hereby waived;
 9      IT IS FURTHER STIPULATED AND AGREED
10  that all objections, except as to form
11  of the question, shall be reserved to
12  the time of the trial;
13      IT IS FURTHER STIPULATED AND AGREED
14  that the within deposition may be
15  signed before any Notary Public with
16  the same force and effect as if signed
17  and sworn to before the Court.
18
19
20
21
22
23
24
25
```

Page 285

1            STEVEN L. HENNING
2    not revenue recognition transactions.
3    They are transactions that do or do not
4    throw off revenue that might or might not
5    be recognized.  Would you agree with that?
6        A.    Yes, I do.
7        Q.    There is nothing inherent about
8    the structure of these transactions that
9    prevents an appropriate decision being
10   made regarding whether or not revenue can
11   be recognized from them, there's no magic
12   element to them that disguises the
13   transaction?
14       A.    I agree, yes.
15            MR. PRENDERGAST:  You guys have
16       been very patient.  I am not going to
17       put you through any more.
18            MS. GEGENHEIMER:  Let me ask you
19       a couple of questions.
20   EXAMINATION BY
21   MS. GEGENHEIMER:
22       Q.    Mr. Henning, could you just
23   check, was the Centricity transaction
24   recognized as revenue in the first quarter
25   of transition year 2001?

STEVEN L. HENNING

A.  I believe that Centricity $93,000 of that was first quarter transition year 01 and $7,000 was in the second quarter of the transition year 01.

Q.  And the first quarter of transition year 01 ended June 1, 2001, correct?

A.  Either June 1st or June 2nd.

Q.  Would you turn to tab 51, please.

A.  Okay.

Q.  You'll recall Mr. Prendergast asked you was there any reason why Mr. Jaeger should have rejected the credit authorization on Centricity?

MR. PRENDERGAST:  Objection.

Q.  On May 29, 2001, it appears he learned from Glen Nye --

A.  Right.

Q.  -- at Centricity, amongst other things, "We were up against the wall with cash/financing."

Do you see that?

A.  Yes.

1          STEVEN L. HENNING
2     Q.    Is that something that should
3  have been taken into consideration before
4  recording revenue at the end of the next
5  day?
6     A.    Yes, that would be part of the
7  consideration, yes.
8     Q.    Take a look at tab 20, if you
9  would, please.  And if you could take a
10 moment and read the e-mail exchanges.  As
11 you know, e-mails generally go backwards.
12    A.    Yes.
13          MR. PRENDERGAST:  Which one are
14    you looking at?
15          MS. GEGENHEIMER:  Tab 20.
16          MR. PRENDERGAST:  And the
17    question is?
18          MS. GEGENHEIMER:  I haven't
19    asked it yet.  He hadn't finished
20    reading yet.
21          MR. PRENDERGAST:  I'm sorry.
22    A.    Okay.
23    Q.    Have you had a chance to read
24 that?
25    A.    Yes.

Page 288

1         STEVEN L. HENNING
2    Q.    It begins with Mr. Jaeger's
3 copy, but they're talking about the terms
4 of the investment in the first e-mail,
5 correct?
6    A.    Correct.
7    Q.    You'll recall that
8 Mr. Prendergast asked you about iPolicy
9 and there's an investment side and a
10 purchase side?
11   A.    Yes.
12   Q.    And it concludes by saying, "It
13 may make the most sense for them all."
14 That's a gentlemen from iPolicy, so Bimal,
15 "or Eric or Piyush to call direct to talk
16 to representative."
17         Do you see that?
18   A.    Yes.
19   Q.    Then you go up chronologically
20 in the e-mails, it's noted that Bimal is
21 out --
22   A.    Yes.
23   Q.    -- all morning?
24   A.    Correct.
25   Q.    And then the next e-mail says,

1        STEVEN L. HENNING
2   "Due to time difference, you'll probably
3   see an e-mail at the end of the day.  How
4   about a new conference?"
5            Do you see that?
6        A.   Yes.
7        Q.   To which Enterasys responds,
8   "12:00 noon will be too late to get wires
9   out and back, I fear.  We need to have the
10  Aprisma PO paid off tomorrow."
11           Now, the PO relates to the
12  purchase, correct?
13       A.   Correct.
14       Q.   What, if anything, does this
15  tell you about whether the investment
16  money is being used to pay off the
17  purchase, the purchase order?
18       A.   That it is stated a
19  round-tripping of the cash.
20       Q.   Take a look, if you will, at tab
21  38, please.  This is a series of e-mails
22  and then the side letters with respect to
23  Everest Broadband, if you'll recall.
24       A.   Yes.
25       Q.   And again reading backwards, the