UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| |
|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION |
| Plaintiff, |
| v. |
| ERIC JAEGER, JERRY A. SHANAHAN, |
| Defendants |

Civ. No. 01:07-00039-SM

**ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR
SUMMARY JUDGMENT OF ERIC JAEGER (#302)**

Plaintiff U. S. Securities and Exchange Commission ("SEC") respectfully moves this

Court for an extension of time within which to respond to the Motion for Summary Judgment of

Eric Jaeger (#302) and as grounds therefore states:

1.      Eric Jaeger filed a Motion for Summary Judgment on June 25, 2012. ("Motion")

(#302).

2.      The SEC's Response is due on July 25, 2012.

3.      SEC's counsel is in trial in a case titled SEC v. St. Anselm et al, Case No. 11-

00668 District of Colorado.

4.      Defendant and the SEC agree that the SEC may have up to and including August

17, 2012 within which to respond to the Motion.

5.      Due to the nature of the motion no memorandum of law is submitted herewith.

2

WHEREFORE, the SEC prays for an Order extending the time to respond to August 17,

2012.

Dated:   July 20, 2012

Respectfully submitted,


/s/ Nancy J. Gegenheimer
Nancy J. Gegenheimer (Colo. 8981)
Leslie J. Hughes (Colo. 15043)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 20, 2012, I sent a true copy of the foregoing **ASSENTED TO**

**MOTION TO RESPOND TO SUMMARY JUDGMENT** by electronically mailing it through

the ECF system to the following persons:

John Richard Baraniak, Jr.     jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

James Prendergast   james.prendergast@wilmerhale.com  (Counsel for Jaeger)

James Lux       james.lux@wilmerhale.com            (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Victor W. Dahar     vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Andrew Good     agood@goodcormier.com  (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon     sgordon@shaheengordon.com  (Counsel for Kirkpatrick)

Lucy J. Karl     lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Maria R. Durant   mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell   wkettlewell@dwyercollora.com (Counsel for Collins)

Michael D. Ramsdell mramsdell@ramsdelllawfirm.com (Counsel for Kay)

4

/s/ Nancy Gegenheimer
Nancy Gegenheimer