UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                              Plaintiff,

    v.                                                          No. 01:07-00039-SM

ERIC JAEGER, JERRY A. SHANAHAN,

                              Defendants.

**DEFENDANT JAEGER'S NOTICE OF INTENT TO FILE A REPLY MEMORANDUM,
AND ASSENTED-TO MOTION FOR EXTENSION TO FILE SAME**

Pursuant to Local Rule 7.1(e)(1), Defendant Eric Jaeger respectfully submits his notice of intent to file a reply memorandum to the SEC's recently Opposition to Defendant Eric Jaeger's Motion for Summary Judgment in Light of New Authority, filed on August 17, 2012.

Defendant Jaeger further moves, with the assent of the SEC, to extend the time by which he must file his reply memorandum to September 7, 2012.  As grounds for this request, Mr. Jaeger states as follows:

    1.      Mr. Jaeger filed a Motion for Summary Judgment on June 25, 2012.  (Dkt. 302).

    2.      The SEC's Response was due on July 25, 2012.

    3.      Mr. Jaeger and the SEC agreed that the SEC may have an extension to the July 25, 2012 deadline, up to and including August 17, 2012.

    4.      The SEC filed its Opposition to Mr. Jaeger's Motion for Summary Judgment in Light of New Authority on August 17, 2012.  (Dkt. 307).

5.	Mr. Jaeger's Reply Brief in Support of Motion for Summary Judgment in Light of New Authority is currently due August 31, 2012.

6.	In light of the holiday weekend, Mr. Jaeger and the SEC agree that Mr. Jaeger may have up to and including September 7, 2012 within which to file his Reply Brief in Support of Motion for Summary Judgment in Light of New Authority.

7.	Due to the nature of the motion no memorandum of law is submitted herewith.

8.	The extension sought will not result in the continuance of any hearing or conference, or otherwise delay trial which is presently set for November 13, 2012.

WHEREFORE, Defendant Jaeger, respectfully requests that this Honorable Court extend the time to file a Reply Brief in Support of Motion for Summary Judgment to September 7, 2012.

Respectfully submitted,

ERIC JAEGER,

By his attorneys,

/s/ *Jonathan A. Shapiro*
Jonathan A. Shapiro
Elizabeth H. Skey (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6000

Jeffrey B. Rudman (admitted *pro hac vice*)
James W. Prendergast (admitted *pro hac vice*)
Peter A. Spaeth (admitted *pro hac vice*)
James Lux (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts  02109
(617) 526-6000

**CERTIFICATE OF SERVICE**

    I, Elizabeth H. Skey, hereby certify that Defendant Eric Jaeger's Notice of Intent to File a Reply Memorandum, and Assented-To Motion for Extension to File Same filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on August 20, 2012.

                                                   /s/ *Elizabeth H. Skey*_____
                                                   Elizabeth H. Skey

Dated: August 20, 2012