UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                Plaintiff,<br>   v.<br><br>ERIC JAEGER and<br>JERRY A. SHANAHAN,<br><br>                Defendants. | Civ. No. 01:07-00039-SM |

**CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7.1 (c) REGARDING THE SECURITIES AND EXCHANGE COMMISSION'S MOTION IN LIMINE TO EXCLUDE IRRELEVANT EVIDENCE [#315]**

The United States Securities and Exchange Commission ("SEC") submits this Certificate of Compliance pursuant to LR 7.1(c) regarding it Motion in Limine to Exclude Irrelevant Evidence [#315] filed October 12, 2012.  The SEC submitted the motion to defendant Eric Jaeger prior to filing the motion in a good faith attempt to obtain concurrence on the relief but no concurrence was reached.

Respectfully submitted this 16th day of October, 2012.

                                        s/Nancy J. Gegenheimer
                                        Leslie J. Hughes (Colo. 15043)
                                        Nancy Gegenheimer (Colo. 8981)
                                        Securities and Exchange Commission
                                        1801 California Street, Suite 1500
                                        Denver, CO  80202
                                        (303) 844-1000

<u>CERTIFICATE OF SERVICE</u>

I certify that on October 16, 2012, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Elizabeth Skey   Elizabeth.skey@wilmerhale.com  (Counsel for Jaeger)

Andrew Good     agood@goodcormier.com  (Counsel for Shanahan)

Philip G. Cormier   pcormier@goodcormier.com (Counsel for Shanahan)

S/ Nancy J. Gegenheimer