# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                              Plaintiff,

       v.                                                        No. 01:07-00039-SM

ERIC JAEGER and JERRY A. SHANAHAN

                              Defendants.

NOW COMES Defendant Jerry Shanahan, by and through his attorneys, and submits the

following trial exhibit list, attached hereto as Exhibit A.  Defendant Shanahan reserves the right

to supplement or amend this list of exhibits as the need arises at trial. Defendant Shanahan may

offer additional exhibits produced in discovery, or exhibits listed by the SEC or any exhibit

necessary or appropriate for cross-examination, impeachment, foundations, rebuttal, or to assist

in summarizing the exhibits.


DATED: October 17, 2012

                                                  Respectfully submitted,
                                                  JERRY SHANAHAN

                                                  By his attorneys,

                                                  */s/ Andrew Good*  _____
                                                  Andrew Good

                                                  Philip G. Cormier
                                                  Good & Cormier
                                                  83 Atlantic Avenue
                                                  Boston, MA 02110
                                                  Tel. 617-523-5933

## CERTIFICATE OF SERVICE

I, Andrew Good, hereby certify that Defendant Jerry Shanahan's Pretrial Statement, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 17, 2012.

/s/ *Andrew Good*
Andrew Good

Dated: October 17, 2012



| Exhibit No. | Old Exhibit No. | Document Type | Date | Subject/Description |
|---|---|---|---|---|
| 1 | Shanahan MSJ Ex. 10 | Email chain | 7/6/2001-7/8/2001 | Tech Data |
| 2 | Shanahan MSJ Ex. 11 | Email chain | 7/10/2001-7/11/2001 | revised Tech Data-Enterasys contract |
| 3 | Shanahan MSJ Ex. 14 | Email chain | 7/12/2001-9/6/2011 | Tech Data Recommended Buy |
| 4 | Shanahan MSJ Ex. 15 | Email chain | 7/12/2001-7/17/2001 | Tech Data Recommended Buy |
| 5 | Shanahan MSJ Ex. 12 | Email chain | 7/25/2001 | RE: Canada Tech Data is here for 1 mil…!!!- Champagne anyone |
| 6 | DX 444 | Email chain | 8/7/2001 | Tech Data Contract Status |
| 7 | Shanahan MSJ Ex. 16 | Email chain | 8/17/2001 | Tech Data |
| 8 | Shanahan MSJ Ex. 17 | Terms sheet | 8/23/2001 | Tech Data Canada deal terms |
| 9 | | Email chain | 8/23/2001-8/24/2001 | FW: TD/extra points |
| 10 | GX 501 | Email chain | 8/24/2001 | RE: Revised Letter & FW:TD Canada PO Terms |
| 11 | Shanahan MSJ Ex. 18 | Email chain | 8/27/2001 | Ingram and Tech Data |
| 12 | Shanahan MSJ Ex. 20 | Terms sheet | 8/29/2001 | Tech Data Canada deal terms |
| 13 | Shanahan MSJ Ex. 21 | Email with attachment | 8/29/2001 | Tech Data Letter |
| 14 | Shanahan MSJ Ex. 22 | Email | 8/29/2001 | Confirmation |
| 15 | DX 726 | Email chain | 8/30/2001 | Tech Data |
| 16 | Shanahan MSJ Ex. 9 | Criminal Trial | 11/27/2006 | Benard's Testimony - Cross Examination |
| 17 | Shanahan MSJ Ex. 28 | Email with attachment | 9/4/2001 | FW: TD Canada PO Terms |
| 18 | | Email with attachment | 9/4/2001 | WW REVENUE TRACKING - Q3 FY02 - WK 1_94.xls |
| 19 | Shanahan MSJ Ex. 29 | Email with attachment | 9/5/2001 | *Preliminary* Q2 Channels Returns Reserves Est. |
| 20 | | Email with attachment | 9/6/2001 | REVISED *Preliminary* Q2 Channels Returns Reserves Est. |
| 21 | Shanahan MSJ Ex. 30 | Email with attachment | 9/13/2001 | (Attn: Elaine Marks) Final Q2 Channels Return Reserves File |
| 22 | Shanahan MSJ Ex. 31 | Workpaper | 9/2001 | "Q202 Channel Reserves" KPMG workpaper for 9/2001 |
| 23 | Shanahan MSJ Ex. 32 | Email chain | 9/10/2001-9/17/2001 | Channel Agreements |
| 24 | | Email chain with attachment | 8/14/2001-9/25/2001 | Q3 start |
| 25 | Shanahan MSJ Ex. 42 | Report | 10/16/2001 | SEC Form 10Q for quarter ending September 1, 2001 |
| 26 | DX 541 | Email | 8/22/2001 | Paul |
| 27 | Shanahan MSJ Ex. 33 | Email | 10/22/2001 | RE: 90day terms -Tech Data Recommended Buy- return request |
| 28 | Shanahan MSJ Ex. 26 | Agreement | 9/15/2004 | Fiallo Plea Agreement |
| 29 | Shanahan MSJ Ex. 1 | Criminal Trial Transcript | 11/15/2006 | Fiallo's Testimony |
| 30 | Shanahan MSJ Ex. 24 | Criminal Trial Transcript | 11/16/2006 | Fiallo's Testimony - Direct Examination |
| 31 | Shanahan MSJ Ex. 25 | Criminal Trial Transcript | 11/16/2006 | Fiallo's Testimony - Cross Examination |
| 32 | Shanahan MSJ Ex. 2 | Criminal Trial Transcript | 11/17/2006 | Fiallo's Testimony |
| 33 | Shanahan MSJ Ex. 27 | Affidavit | 12/13/2011 | Shanahan's Declaration |

| 34 | Shanahan MSJ Ex. 27, Ex. 1 | Resume | 2003 | Shanahan's Curriculum Vitae |
|---|---|---|---|---|
| 35 | Shanahan MSJ Ex. 4 | Academic Transcript | 5/30/2005 | Shanahan's University of Cork academic transcript |
| 36 | Shanahan MSJ Ex. 5 | Certificate with exhibits | 10/12/2006 | University of Limerick's record custodian's certificate w exhibits |
| 37 | Shanahan MSJ Ex. 27, Ex. 2 | Responses to Ints & Reqs for Admissions | 2/14/2011 | Shanahan's Responses to SEC Ints and Reqs for Admission |
| 38 | DX 2115 | Email with attachment | 7/26/2001 | Revised TD Proposal |
| 39 | DX 562 | Email with attachment | 8/24/2001 | forecast |
| 40 | DX 594 | Email with attachment | 8/27/2001 | Forecast Build |
| 41 | DX 596 | Email with attachment | 8/27/2001 | Forecast for Final Week |
| 42 | Ex. 3 to Shanahan MSJ Ex. 27, Ex. 2 | Email with attachment | 8/21/2001 | 8/16 RVP Pipeline Summary's [sic] |
| 43 | Ex. 3 to Shanahan MSJ Ex. 27, Ex. 2 | Email with attachment | 8/30/2001 | 8/30 RVP Pipeline Summary |
| 44 | Ex. 3 to Shanahan MSJ Ex. 27, Ex. 2 | Email with attachment | 10/4/2001 | 10/04 RVP Pipeline Summary |
| 45 | DX 466 | Email | 8/10/2001 | FW: Enterasys meeting with Hubert |
| 46 | Ex. 3 to Shanahan MSJ Ex. 27, Ex. 2 | Spreadsheets | Through 8/30/2001 | Tech Data Revenue Booking spreadsheets |
| 47 | DX 831 | Email with attachment | 9/3/2001 | Preliminary Q3 Forecast for Canada |
| 48 | DX 962 | Email with attachment | 9/18/2001 | 4 qtr plan - rev 2.0 |
| 49 | DX 1030 | Email | 9/20/2001 | Factors affecting Quarter |
| 50 | Shanahan MSJ Ex. 35 | Email | 11/19/2001 | Canada Tech Data contract |
| 51 | Shanahan MSJ Ex. 34 | Email chain | 11/26/2001-11/27/2001 | TD Recommended Inventory Return |
| 52 | | Email chain | 11/26/2001-11/29/2001 | TD Recommended Inventory Return |
| 53 | Shanahan MSJ Ex. 36 | WSJ article | 2/5/2002 | Enterasys Discloses Accounting Issues, Delays Earnings |
| 54 | Shanahan MSJ Ex. 43 | Criminal Trial Transcript | 12/1/2006 | Boyer's Testimony - Morning Session |
| 55 | Shanahan MSJ Ex. 44 | Criminal Trial Transcript | 12/1/2006 | Boyer's Testimony - Afternoon Session |
| 56 | Shanahan MSJ Ex. 46 | Workpaper | 9/2001 | KPMG SAB 101 Revenue Test-Work |
| 57 | Shanahan MSJ Ex. 45 | Deposition | 10/14/2011 | Deposition of Steven Henning |
| 58 | Shanahan MSJ Ex. 37 | Email chain | 8/24/2001-2/12/2002 | FW: TD $3M stocking Order Terms - Levenson |
| 59 | | Email chain | 8/24/2001-2/12/2002 | FW: TD $3M stocking Order Terms - Weaver |
| 60 | | Email chain | 1/28/2002-2/14/2002 | Tech Data Holding Fee |
| 61 | DX 1341 | Email chain | 3/15/2002 | Draft Revenue Recognition Reminder |
| 62 | | Email chain with attachment | 3/20/2002-4/12/2002 | Revenue Recognition Reminder |
| 63 | Shanahan MSJ Ex. 19 | Fax | 5/2/2002 | Tech Data Audit Response |

| 64 | Shanahan MSJ Ex. 13 | Criminal Trial Transcript | 11/28/2006 | Levenson's Testimony |
|---|---|---|---|---|
| 65 | | Expert Report | 7/21/2011 | Expert Report of J. Allan Kosowsky |
| 66 | Shanahan MSJ Ex. 47 | Agreement | 7/00/1999 | Basic Order Agreement between Accton and Cabletron |
| 67 | Shanahan MSJ Ex. 48 | Sales Register | | Enterasys-Accton Sales Transaction Records for Fiscal Year 2001 and Transition Year 2001 |
| 68 | Shanahan MSJ Ex. 49 | Email Chain | 4/4/2001 | FW: Meetings with Accton and Flextronics |
| 69 | Shanahan MSJ Ex. 50 | Email Chain | 5/1/2001-5/7/2001 | Accton Agenda |
| 70 | Kosowsky Rep. Ex. 3 | Email Chain | 7/2/2001-7/3/2001 | RE: Accton Meeting |
| 71 | Shanahan MSJ Ex. 51 | Email Chain | 5/22/2001-5/23/2001 | RE: Accton |
| 72 | Shanahan MSJ Ex. 52 | Email Chain | 7/2/2001-7/3/2001 | RE: Accton Meeting |
| 73 | Shanahan MSJ Ex. 53 | Email | 5/21/2001 | Accton Partnership 5-21.ppt |
| 74 | Shanahan MSJ Ex. 54 | Email Chain | 5/31/2001 | FW: Accton quote and supporting documents |
| 75 | Shanahan MSJ Ex. 55 | Email Chain | 6/1/2001 | RE: Accton quote for Aprisma products |
| 76 | Shanahan MSJ Ex. 56 | Packing Slip | 6/1/2001 | Accton Packing Slip for Purchase of Spectrum Software from Aprisma |
| 77 | Shanahan MSJ Ex. 57 | Email attaching revenue action log | 4/30/2002 | Revenue Action Log |
| 78 | Shanahan MSJ Ex. 58 | Email attaching meeting minutes | 7/10/2001 | Enterasys-Accton Enterprise AP Cooperation Opportunities Meeting Minutes & Action Items |
| 79 | Shanahan MSJ Ex. 59 | Email | 7/11/2001 | Accton |
| 80 | Shanahan MSJ Ex. 60 | Email attaching Accton Proposal | 7/17/2001 | Accton Proposal v1.0 7-17-01.doc |
| 81 | Shanahan MSJ Ex. 61 | Email Chain | 7/24/2001 | Re: Regarding the PO #C10600002 |
| 82 | Shanahan MSJ Ex. 62 | Email Chain | 8/7/2001-8/8/2001 | RE: AP AR SWAP |
| 83 | Shanahan MSJ Ex. 63 | Email Chain | 7/13/2001-8/9/2001 | RE: Visit? |
| 84 | Kosowsky Rep. Ex. 16 | Email Chain | 7/13/2001-8/9/2001 | RE: Visit? |
| 85 | Shanahan MSJ Ex. 64 | Email Chain | 7/13/2001-8/9/2001 | RE: Visit? |
| 86 | SEC Ex. 431 | Email Chain | 8/7/2001-8/9/2001 | Aacton AR |
| 87 | Shanahan MSJ Ex. 65 | Email attaching cash collections spreadsheet | 8/18/2001 | cash collections |
| 88 | Shanahan MSJ Ex. 66 | Email | 8/21/2001 | Aprisma payment |
| 89 | Shanahan MSJ Ex. 67 | Email Chain | 8/27/2001 | RE: Accton |
| 90 | Shanahan MSJ Ex. 68 | Email attaching list of offsetting invoices | 8/27/2001 | $500,000 offset |
| 91 | Shanahan MSJ Ex. 69 | Email Chain attaching list of offsetting | 8/27/2001-8/28/2001 | FW: $500,000 offset |
| 92 | Shanahan MSJ Ex. 70 | Email Chain attaching list of offsetting invoices | 8/27/2001-8/28/2001 | FW: $500,000 offset |
| 93 | Shanahan MSJ Ex. 71 | Email Chain | 8/27/2001-8/28/2001 | RE: FW: $500,000 offset |

| 94 | Shanahan MSJ Ex. 72 | Email Chain | 8/27/2001-8/31/2001 | RE: FW: $500,000 offset |
|---|---|---|---|---|
| 95 | Shanahan MSJ Ex. 73 | Email Chain | 8/31/2001 | FW: FW: $500,000 offset |
| 96 | Shanahan MSJ Ex. 74 | Invoice | 8/31/2001 | Enterasys Invoice to Accton |
| 97 | Shanahan MSJ Ex. 75 | Email Chain | 8/28/2001-9/4/2001 | FW: $500,000 offset |
| 98 | Shanahan MSJ Ex. 76 | Email Chain | 9/5/2001 | RE: Aprisma |
| 99 | Shanahan MSJ Ex. 77 | Email Chain | 9/6/2001-9/7/2001 | FW: Accton |
| 100 | Shanahan MSJ Ex. 78 | Email Chain | 8/28/2001 | FW: FW: $500,000 offset |
| 101 | Shanahan MSJ Ex. 79 | Fax enclosing Enterasys Invoice to Accton | 6/12/2002 | Accton $500K Payment |
| 102 | Shanahan MSJ Ex. 80 | Screenshot | 10/23/2001 | Accton $500K Wire Payment to Enterasys |
| 103 | Shanahan MSJ Ex. 81 | SEC Form 10-Q | 6/2/2001 | SEC Form 10-Q for Quarter Ended June 2, 2001 |
| 104 | | Email Chain | 6/1/2001 | RE: Accton quote for Aprisma products |
| 105 | | Purchase Order | 6/1/2001 | Accton Purchase Order faxed to Aprisma |
| 106 | | Fax Cover Sheet | 6/1/2001 | Fax Cover Sheet to Aprisma enclosing Action Purchase Order |
| 107 | | Email Chain | 6/2/2001 | FW: 010602 Aprisma 2PM Backlog |
| 108 | | Email Chain | 6/2/2001-6/3/2001 | RE: Accton quote for Aprisma products |
| 109 | | Email Chain | 7/2/2001-7/3/2001 | RE: Accton Meeting |
| 110 | | Email Chain | 7/10/2001-7/13/2001 | RE: Visit? |
| 111 | | Email Chain | 9/10/2001 | RE: Accton |
| 112 | SEC Ex. 945 | Email Chain | 8/28/2001-9/10/2001 | FW: RE: FW: $500,000 offset |
| 113 | Shanahan MSJ Ex. 3 | Position offer | 9/14/2000 | Enterasys Executive VP Position Offer |
| 114 | Shanahan MSJ Ex. 6 | Email chain | 4/13/2001-7/19/2001 | COO Compensation |
| 115 | Shanahan MSJ Ex. 7 | Email chain | 2/2/2001-2/6/2001 | Thanks |
| 116 | | Email chain with spreadsheet | 4/9/2001 | bonus |
| 117 | DX 176 | Email | 4/23/2001 | COO Slide |
| 118 | DX 287 | Email chain | 5/22/2001-6/14/2001 | EOQ Agreement |
| 119 | DX 335 | Email with attachment | 7/1/2001 | Sales Presentation - Final Draft |
| 120 | | Email chain with attachment | 7/19/2001 | Q1 Executive Bonuses |
| 121 | | Email chain | 7/19/2001 | Your Q1 Bonus |
| 122 | DX 440 | Email | 8/7/2001 | RE: Gift |
| 123 | DX 483 | Email with attachment | 8/14/2001 | COO Ops Metric 8/15/01 |
| 124 | DX 607 | Email chain with attachment | 8/28/2001 | Exec Metrics |
| 125 | DX 564 | Email chain with attachment | 8/24/2001 | Proposed template |
| 126 | DX 657 | Email with attachment | 8/29/2001 | Daily Financial Report |
| 127 | DX 670 | Email chain | 8/29/2001 | Saturday con calls |
| 128 | DX 631 | Email | 8/29/2001 | 8-29-01 NEWEST C1 CASE |
| 129 | DX 843 | Email chain | 9/4/2001 | Quarter End Metric Reporting |

| 130 | DX 899 | Email with attachment | 9/12/2001 | International Investment Open Items |
| 131 | DX 1126 | Email | 10/1/2001 | On Behalf of Beth Richardson |
| 132 | | Email chain | 10/8/2001-10/9/2001 | Q2 |
| 133 | DX 367 | Email with attachment | 7/17/2001 | Org charts |
| 134 | DX 1677 | Tree diagram collection | | Organizational charts |
| 135 | DX 422 | Memo with attachment | 8/1/2001 | Fiallo loan satisfaction |
| 136 | DX 862 | Email with attachment | 9/6/2001 | Self Review |
| 137 | DX 1474 | Target Letter - Gary Workman | 4/13/2004 | Re: In re Grand Jury Proceeding |
| 138 | DX 1475 | Target Letter - Gail Spence Laucaw | 4/13/2004 | Re: In re Grand Jury Proceeding |
| 139 | DX 1513 | Target Letter - Henry Fiallo | 8/24/2004 | Re: In re Grand Jury Proceeding |
| 140 | | Affidavit | 2/8/2012 | Declaration of Joe Guth |
| 141 | | Affidavit | 4/24/2012 | Supplemental Declaration of Joe Guth |