```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


UNITED STATES SECURITIES      )
AND EXCHANGE COMMISSION       )
                              )
Plaintiff,                    )
                              )
v.                            )   Civ. No. 07-39-SM
                              )
ERIC JAEGER and               )   Motion for Leave to File
JERRY A. SHANAHAN,            )   Granted 9/26/12
                              )
Defendants.                   )
```

**DEFENDANT JERRY SHANAHAN'S**
**RENEWED MOTION FOR SUMMARY JUDGMENT**

Defendant Jerry Shanahan hereby renews his motion for summary judgment.

The Court's September 26, 2012 Order denies Mr. Shanahan's initial summary judgment motion without prejudice, and authorizes him to re-file his summary judgment motion. Doc. No. 311 at 2. As a result of consultation with the Court's case manager, Mr. Shanahan hereby incorporates by reference his initial summary judgment submissions (Docs. No. 278, 280 through 283-19 & 297), rather than re-filing the same voluminous submissions again. As a result of the Court's authorization to file a renewed summary judgment motion, Mr. Shanahan is also filing herewith the Supplementary Statement of Undisputed Facts, which contains the Supplemental Declaration of Joe Guth as

Exhibit 82.  He is also filing herewith a memorandum of law in support of his renewed motion for summary judgment.

The SEC opposes this renewed motion.

                                        Respectfully submitted,

                                        Jerry A. Shanahan

                                        By his attorneys,

                                        /s/ Andrew Good
                                        Andrew Good

                                        /s/ Philip G. Cormier_
                                        Philip G. Cormier

                                        Good & Cormier
                                        83 Atlantic Avenue
                                        Boston, MA 02110
                                        (617) 523-5933

Dated: October 19, 2012


## Certificate of Service

I hereby certify that a copy of the foregoing Motion was hereby served, via the ECF system, upon the following:

| | |
|---|---|
| **Nancy Gegenheimer** | gegenheimern@sec.gov |
| **Leslie J. Hughes** | hugheslj@sec.gov |
| **Jeffrey S. Lyons** | lyonsj@sec.gov |
| **Jeffrey B. Rudman** | jeffrey.rudman@wilmerhale.com |
| **James A. Scoggins, II** | scogginsj@sec.gov |
| **Jonathan A. Shapiro** | jonathan.shapiro@wilmerhale.com |

DATED: October 19, 2012

                                        /s/ Andrew Good
                                        Andrew Good

G:\CLIENTS\Shanahan (Civil)\Summary Judgment\Shanahan\Refiled pleadings\new memo of law\Renewed Summary Judgment Motion.docx