UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States
_____
Plaintiff(s)/United States

v.                                       Case No. 1:07-cr-00039-SM

Piyush Patel, et al.
_____
Defendant(s)

## NOTICE OF CHANGE OF ADDRESS

Please take notice that [Michael D. Ramsdell] has changed the following information contained in the original ECF Registration Form:

[mailing address and telephone number]

Date: 10/28/2012

/s/ Michael D. Ramsdell
Michael D. Ramsdell
2096
Ramsdell Law Firm, P.L.L.C.
46 South Main Street
Concord, NH 03301
Phone (603) 856-7536
mramsdell@ramsdelllawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All counsel of record.

Conventionally Served:

None

Date: 10/28/2012

/s/ Michael D. Ramsdell
Michael D. Ramsdell
2096
Ramsdell Law Firm, P.L.L.C.
46 South Main Street
Concord, NH 03301
Phone (603) 856-7536
mramsdell@ramsdelllawfirm.com