UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES SECURITIES )
AND EXCHANGE COMMISSION )
)
        Plaintiff, )
)
)
        v. ) Civ. No. 07-39-SM
)
ERIC JAEGER and )
JERRY A. SHANAHAN, )
)
        Defendants. )

**DECLARATION OF ANDREW GOOD IN SUPPORT OF**
<u>**JERRY SHANAHAN'S RENEWED MOTION FOR SUMMARY JUDGMENT**</u>

I, Andrew Good, hereby state that the following is true.

1. I am counsel for Jerry Shanahan in this matter.

2. On or about May 26, 2011, the SEC designated Steven Henning its expert witness in this case in accordance with the discovery plan. The SEC has listed James Boyer as a fact witness, but never listed him as expert witness in this case.

Signed under the penalties of perjury this 3rd day of December 2012.

                                            /s/ Andrew Good _____
                                            Andrew Good