UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>        Plaintiff,<br>    v.<br><br>JERRY A. SHANAHAN,<br><br>        Defendants. | Civ. No. 01:07-00039-SM |

PLAINTIFF'S VOIR DIRE REQUESTS

The plaintiff Securities and Exchange Commission respectfully requests, if not covered by the Court's customary questions, that the Court pose the attached questions during voir dire.

Respectfully submitted this 21st day of December, 2012.

>                         s/Nancy J. Gegenheimer
>                         Leslie J. Hughes (Colo. 15043)
>                         Nancy Gegenheimer (Colo. 8981)
>                         Securities and Exchange Commission
>                         1801 California Street, Suite 1500
>                         Denver, CO  80202
>                         (303) 844-1000

CERTIFICATE OF SERVICE

I certify that on December 21, 2012, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.    jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores    pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro    jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker    miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth    peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal    bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger    jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce    mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar     vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly    apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff     mdubnoff@eapdlaw.com    (Counsel for Barber)

Richard McCarthy    rmccarthy@eapdlaw.com    (Counsel for Barber)

Mark B. Dubnoff    mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell     mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good     agood@goodcormier.com   (Counsel for Shanahan)

Philip G. Cormier    pcormier@goodcormier.com (Counsel for Shanahan)

Steven M. Gordon     sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl     lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Jeffrey S. Lyons     lyonsj@sec.gov  (Counsel for SEC)

Leslie J. Hughes   hugheslj@sec.gov (Counsel for SEC)

Jay Scoggins        scogginsj@sec.gov (Counsel for SEC)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan   jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)

                                                  S/ Nancy J. Gegenheimer

A.  Knowledge of Parties and Trial Participants

    1.  Do you know or recognize defendant Jerry Shanahan? If yes, please explain.

    2.  Have you heard of Cabletron Systems, Inc., Enterasys Networks, Inc. or Aprisma Management Technologies, Inc.? If yes, please explain.

    3.  Do you know or recognize Nancy Gegenheimer, Leslie Hughes, the attorneys for the Securities and Exchange Commission, or Nicole Nesvig, their paralegal who will be sitting at counsel table with Ms. Gegenheimer and Ms. Hughes?

    4.  Do you know or recognize Andrew Good, who represents Mr. Shanahan? If yes, please explain.

    5.  Do you know the following persons or entities? (potential witnesses and actors in this case) If yes, please explain. [The Parties will submit a list of witnesses Exhibit A.

B.  Experience with a Regulatory Scheme

    1.  Have you or any member of your family or in your business ever been regulated by local, state or federal agency? If yes, please explain.

C.  Contacts with Government and the SEC

    1.  Have you or any member of your family ever worked for the federal government, a state government, or in law enforcement? If yes, please explain.

    2.  Have you ever contacted the SEC or other federal agency? If yes, please explain.

    3.  Have you or any member of your family ever filed or attempted to file a complaint against a federal agency? If yes, please explain.

D.  Experience with the Courts and Legal System

   1. Have you served on a jury before? If yes, what type of case was it? Did you reach a verdict?

   2. Have you ever been a plaintiff or defendant in a civil or criminal case? If yes, please explain.

   3. Have you had any legal training? If yes, please explain.

   4. Do you or any of your close relatives work in the legal field? If yes, please explain.

E.  Contacts with Defendants

   1. Have any of you, or anyone in your family, ever worked for Cabletron Systems, Inc., Enterasys Networks, Inc., Aprisma Management Technologies, Inc., Accton Technology Corporation or Tech Data Canada Inc.

   2. Is anyone here, or in your family, a sales person.

   3. Was anyone here ever been an investor in any of the companies I just listed above, Cabletron Systems, Inc., Enterasys Networks, Inc., Aprisma Management Technologies, Inc., Accton Technology Corporation or Tech Data Canada Inc.

F.  Experience with Law Enforcement

   1. Have you or any of your close relatives been a victim of a crime? If yes, please explain.

    2.    Have you or any of your close relatives been defrauded?  If yes, please explain.

    3.    Have you or any of your close relatives been convicted of fraud or of committing a white collar crime?  If yes, please explain.

    4.    If you answered yes to any of these questions, is there anything about the experience that would prevent you from being a fair and impartial juror?

G.    <u>Experience in Securities Trading and the Securities Markets</u>

    1.    Have you had any training relating to investment activities?  If yes, please explain.

    2.    Have you ever held any securities licenses?  If yes, please explain.

    3.    Have you ever invested or traded in securities?  By securities, I mean stocks, bonds, or other investment contracts.  If yes, do you invest or trade in securities on a regular basis?  Who did you buy them from?

    4.    Have you ever filed any complaint or proceeding with the SEC, the Financial Industry Regulatory Authority or NASD, or any state securities regulatory agency?

    5.    Do you regularly watch television shows or read publications on the subject of investing?  If yes, please explain.

    6.    Have you or anyone in your family been the victim of an accounting or securities fraud?

As a juror, you are the trier of facts in this case.  Is there any juror who feels that even if the evidence established the defendant's liability by a preponderance of the evidence, you might not be able to find the defendant or defendants liable for reasons unrelated to the law and the evidence?