UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>                    Plaintiff,<br><br>       v.<br><br>JERRY A. SHANAHAN,<br><br>                    Defendant. | Civ. No. 01:07-00039-SM |

## SECURITIES AND EXCHANGE COMMISSION'S OBJECTIONS TO DEFENDANT JERRY SHANAHAN'S EXHIBIT LIST

The United States Securities and Exchange Commission ("SEC") submits the

following objections to Defendant Shanahan's exhibit list for the jury trial in this matter.

(Attached hereto.)

Submitted this 7th day of January, 2013.

s/Nancy J. Gegenheimer
Leslie J. Hughes (Colo. 15043)
Nancy Gegenheimer (Colo. 8981)
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, CO  80202
(303) 844-1000

## CERTIFICATE OF SERVICE

I certify that on January 7, 2013, I sent a true copy of the foregoing by electronically mailing it to the following persons:


Andrew Good     agood@goodcormier.com   (Counsel for Shanahan)



s/ Nicole L. Nesvig

| Exhibit No. | Date | Subject | Objection |
|---|---|---|---|
| 1 | 7/6/2001- | Tech Data | No Objection |
| 2 | 7/10/2001-7/11/2001 | revised Tech Data-Enterasys contract | No Objection |
| 3 | 7/12/2001-9/6/2011 | Tech Data Recommended Buy | No Objection |
| 4 | 7/12/2001- | Tech Data Recommended Buy | No Objection |
| 5 | 7/25/2001 | RE: Canada Tech Data is here for 1 mil…!!!- Champagne anyone | No Objection |
| 6 | 8/7/2001 | Tech Data Contract Status | No Objection |
| 7 | 8/17/2001 | Tech Data | No Objection |
| 8 | 8/23/2001 | Tech Data Canada deal terms | No Objection |
| 9 | 8/24/2001 | TD/extra points | No Objection |
| 10 | 8/24/2001 | Revised Deal for TD Canada from Weaver to Shanahan | No Objection |
| 11 | 8/27/2001 | Ingram and Tech Data | No Objection |
| 12 | 8/29/2001 | Tech Data Canada deal terms | No Objection |
| 13 | 8/29/2001 | Tech Data Letter | No Objection |
| 14 | 8/29/2001 | Confirmation | No Objection |
| 15 | 8/30/2001 | Tech Data | No Objection |
| 16 | 11/27/2006 | Benard's Testimony - Cross Examination | Hearsay |
| 17 | 9/4/2001 | FW: TD Canada PO Terms | No Objection |
| 18 | 9/4/2001 | WW Revenue Tracking Q3FY02 | Hearsay, relevance |
| 19 | 9/5/2001 | *Preliminary* Q2 Channels Returns Reserves Est. | No Objection |
| 20 | 9/6/2001 | Guth REVISED Pre. Q2 Channels Returns | No Objection |

| 21 | 9/13/2001 | (Attn: Elaine Marks) Final Q2 Channels Return Reserves File | No Objection |
| 22 | 9/2001 | "Q202 Channel Reserves" KPMG workpaper for 9/2001 | No Objection |
| 23 | 9/10/2001-9/17/2001 | Channel Agreements | No Objection |
| 24 | 9/25/2001 | Benard email chain RE: Q3 start | Relevance |
| 25 | 10/16/2001 | SEC Form 10Q for quarter ending September 1, 2001 | No Objection |
| 26 | 8/22/2001 | Paul | Irrelevant, Immaterial |
| 27 | 10/22/2001 | RE: 90 day terms -Tech Data Recommended Buy- return request | No Objection |
| 28 | 9/15/2004 | Fiallo Plea Agreement | Irrelevant, Immaterial 403 |
| 29 | 11/15/2006 | Fiallo's Testimony | Irrelevant, Immaterial 403 |
| 30 | 11/16/2006 | Fiallo's Testimony - Direct Examination | Irrelevant, Immaterial 403 |
| 31 | 11/16/2006 | Fiallo's Testimony - Cross Examination | Irrelevant, Immaterial 403 |
| 32 | 11/17/2006 | Fiallo's Testimony | Irrelevant, Immaterial 403 |
| 33 | 12/13/2011 | Shanahan's Declaration | No Objection |
| 34 | 2003 | Shanahan's Curriculum Vitae | Irrelevant, Immaterial |
| 35 | 5/30/2005 | Shanahan's University of Cork academic transcript | Irrelevant, Immaterial |
| 36 | 10/12/2006 | University of Limerick's record custodian's certificate w exhibits | Irrelevant, Immaterial, Hearsay |
| 37 | 2/14/2011 | Shanahan's Responses to SEC Ints and Reqs for Admission | No Objection |
| 38 | 7/26/2001 | Revised TD Proposal | No Objection |

| 39 | 8/24/2001 | forecast | No Objection |
|----|-----------|----------|--------------|
| 40 | 8/27/2001 | Forecast Build | No Objection |
| 41 | 8/27/2001 | Forecast for Final Week | No Objection |
| 42 | 8/21/2001 | 8/16 RVP Pipeline Summary's [sic] | No Objection |
| 43 | 8/30/2001 | 8/30 RVP Pipeline Summary | Irrelevant |
| 44 | 10/4/2001 | 10/04 RVP Pipeline Summary | Irrelevant |
| 45 | 8/10/2001 | FW: Enterasys meeting with Hubert | Irrelevant, Immaterial |
| 46 | Through 8/30/2001 | Tech Data Revenue Booking spreadsheets | No Objection |
| 47 | 9/3/2001 | Preliminary Q3 Forecast for Canada | Irrelevant |
| 48 | 9/18/2001 | 4 qtr plan - rev 2.0 | Irrelevant |
| 49 | 9/20/2001 | Factors affecting Quarter | Irrelevant, Immaterial |
| 50 | 11/19/2001 | Canada Tech Data contract | No Objection |
| 51 | 11/26/2001-11/27/2001 | TD Recommended Inventory Return | No Objection |
| 52 | 11/29/2001 | TD Recommended Inventory Return | No Objection |
| 53 | 2/5/2002 | Enterasys Discloses Accounting Issues, Delays Earnings | No Objection |
| 54 | 11/29/2006 | Boyer's Testimony | Hearsay |
| 55 | 11/30/2006 | Boyer's Testimony | Hearsay |
|  | 12/1/2006 | Boyer's Testimony - Morning Session | Hearsay |
|  | 12/1/2006 | Boyer's Testimony - Afternoon Session | Hearsay |

3

| 56 | 9/2001 | KPMG SAB 101 Revenue Test-Work | No Objection |
|---|---|---|---|
| 57 | 10/14/2011 | Deposition of Steven Henning | Hearsay, Cumulative |
| 58 | 2/12/2002 | FW: TD $3M stocking Order Terms Levenson | No Objection |
| 59 | 2/12/2002 | TD $3M stocking Order Terms Weaver | No Objection |
| 60 | 2/14/2002 | Tech Data Holding Fee | No Objection |
| 61 | 3/15/2002 | Draft Revenue Recognition Reminder | No Objection |
| 62 | 4/12/2002 | Draft Revenue Recognition Reminder with attachment | No Objection |
| 63 | 5/2/2002 | Tech Data Audit Response | No Objection |
| 64 | 11/28/2006 | Levenson's Testimony | Hearsay |
| 65 | 7/21/2011 | Expert Report of J. Allan Kosowsky | Hearsay |
| 66 | 07/00/1999 | Basic Order Agreement between Accton and Cabletron | No Objection |
| 67 | | Enterasys-Accton Sales Transaction Records for Fiscal Year 2001 and Transition Year 2001 | No Objection |
| 68 | 4/4/2001 | FW: Meetings with Accton and Flextronics | No Objection |
| 69 | 5/1/2001-5/7/2001 | Accton Agenda | Irrelevant, Immaterial |
| 70 | 7/2/2001-7/3/2001 | RE: Accton Meeting | No Objection |
| 71 | 5/22/2001-5/23/2001 | RE: Accton | No Objection |
| 72 | 7/2/2001-7/3/2001 | RE: Accton Meeting | No Objection |
| 73 | 5/21/2001 | Accton Partnership 5-21.ppt | No Objection |

| 74 | 5/31/2001 | FW: Accton quote and supporting documents | No Objection |
|----|-----------|-------------------------------------------|--------------|
| 75 | 6/1/2001 | RE: Accton quote for Aprisma products | No Objection |
| 76 | 6/1/2001 | Accton Packing Slip for Purchase of Spectrum Software from Aprisma | No Objection |
| 77 | 4/30/2002 | Revenue Action Log | No Objection |
| 78 | 7/10/2001 | Enterasys-Accton Enterprise AP Cooperation Opportunities Meeting Minutes & Action Items | No Objection |
| 79 | 7/11/2001 | Accton | No Objection |
| 80 | 7/17/2001 | Accton Proposal v1.0 7-17-01.doc | No Objection |
| 81 | 7/24/2001 | Re: Regarding the PO #C10600002 | No Objection |
| 82 | 8/7/2001-8/8/2001 | RE: AP AR SWAP | No Objection |
| 83 | 7/13/2001-8/9/2001 | RE: Visit? | No Objection |
| 84 | 7/13/2001-7/18/2001 | RE: Visit? | No Objection |
| 85 | 7/13/2001-8/9/2001 | RE: Visit? | No Objection |
| 86 | 8/7/2001-8/9/2001 | Accton AR | No Objection |
| 87 | 8/18/2001 | cash collections | No Objection |
| 88 | 8/21/2001 | Aprisma payment | No Objection |
| 89 | 8/27/2001 | RE: Accton | No Objection |
| 90 | 8/27/2001 | $500,000 offset | No Objection |
| 91 | 8/27/2001-8/28/2001 | FW: $500,000 offset | No Objection |
| 92 | 8/27/2001-8/28/2001 | FW: $500,000 offset | No Objection |

| 93 | 8/27/2001-8/28/2001 | RE: FW: $500,000 offset | No Objection |
|---|---|---|---|
| 94 | 8/27/2001-8/31/2001 | RE: FW: $500,000 offset | No Objection |
| 95 | 8/31/2001 | FW: FW: $500,000 offset | No Objection |
| 96 | 8/31/2001 | Enterasys Invoice to Accton | No Objection |
| 97 | 8/28/2001-9/4/2001 | FW: $500,000 off | No Objection |
| 98 | 9/5/2001 | RE: Aprisma | No Objection |
| 99 | 9/6/2001-9/7/2001 | FW: Accton | No Objection |
| 100 | 8/28/2001 | FW: FW: $500,000 offset | No Objection |
| 101 | 6/12/2002 | Accton $500K Payment | No Objection |
| 102 | 10/23/2001 | Accton $500K Wire Payment to Enterasys | No Objection |
| 103 | | SEC Form 10-Q for Quarter Ended June 2, 2001 | No Objection |
| 104 | 6/1/2001 | RE: Accton quote for Aprisma products | No Objection |
| 105 | 6/1/2001 | Accton Purchase Order faxed to Aprisma | No Objection |
| 106 | 6/1/2001 | Fax Cover Sheet to Aprisma enclosing Action Purchase Order | No Objection |
| 107 | 6/2/2001 | FW: 010602 Aprisma 2PM Backlog | No Objection |
| 108 | 6/2/2001-6/3/2001 | RE: Accton quote for Aprisma products | No Objection |
| 109 | 7/2/2001-7/3/2001 | RE: Accton Meeting | No Objection |
| 110 | 7/10/2001-7/13/2001 | RE: Visit? | No Objection |
| 111 | 9/10/2001 | RE: Accton | No Objection |
| 112 | 8/28/2001- | FW: RE: FW: $500,000 offset | No Objection |

|  | 9/10/2001 |  |  |
|---|---|---|---|
| 113 | 9/14/2000 | Enterasys Executive VP Position Offer | No Objection |
| 114 | 4/13/2001-7/19/2001 | COO Compensation | No Objection |
| 115 | 2/2/2001-2/6/2001 | Thanks | Accredity witness before impeachment, Immaterial, Irrelevant, Prejudicial and Inflammatory |
| 116 | 4/9/2001 | Bonus | No Objection |
| 117 | 4/23/2001 | COO Slide | Relevant, Immaterial |
| 118 | 5/22/2001-6/14/2001 | EOQ Agreement | Relevant, Immaterial |
| 119 | 7/1/2001 | Sales Presentation -Final Draft | Relevant, Immaterial |
| 120 | 7/19/2001 | Q1 Executive Bonuses | No Objection |
| 121 | 7/19/2001 | Your Q1 Bonus | No Objection |
| 122 | 8/7/2001 | RE: Gift | Relevant, Immaterial, Rule 608 |
| 123 | 8/14/2001 | COO Ops Metric 8/15/01 | No Objection |
| 124 | 8/28/2001 | Exec Metrics | No Objection |
| 125 | 8/24/2001 | Proposed template | Irrelevant, Immaterial |
| 126 | 8/29/2001 | Daily Financial Report | No Objection |
| 127 | 8/29/2001 | Saturday con calls | No Objection |
| 128 | 8/29/2001 | 8-29-01 NEWEST C1 CASE | Irrelevant, Immaterial |
| 129 | 9/4/2001 | Quarter End Metric Reporting | No Objection |
| 130 | 9/12/2001 | International Investment Open Items | Irrelevant, Immaterial |
| 131 | 10/1/2001 | On Behalf of Beth Richardson | Irrelevant, Immaterial |
| 132 | 10/1/2001 | Q2 Executive Team Bonuses | No Objection |
| 133 | 7/17/2001 | Email from Morrison to Gagalis Re Org Chart | No Objection |
| 134 | 3/1/2002 | Organization Chart | No Objection |
| 135 | 8/1/2001 | Fiallo loan satisfaction | Irrelevant, Immaterial |

| 136 | 9/6/2001 | Self Review | Irrelevant, Immaterial |
| 137 | 4/13/2004 | Re: In re Grand Jury Proceeding | Irrelevant, Immaterial, Rule 403 |
| 138 | 4/13/2004 | Re: In re Grand Jury Proceeding | Irrelevant, Immaterial, Rule 403 |
| 139 | 8/24/2004 | Re: In re Grand Jury Proceeding | Irrelevant, Immaterial, Rule 403 |
| 140 | 2/12/2012 | Declaration of Joe Guth | Hearsay |
| 141 | 2/12/2012 | Supplemental  Declaration of Guth | Hearsay |