UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION )<br>)<br>)<br>Plaintiff,     )<br>)<br>v.                )<br>)<br>JERRY A. SHANAHAN        )<br>)<br>Defendant.    ) | Civ. No. 01:07-00039-SM |

## JERRY SHANAHAN'S OBJECTIONS TO
## SECURITY AMD EXCHANGE COMMISSION'S EXHIBIT LIST

Defendant Jerry Shanahan submits the following objections to the United States Securities and Exchange Commission's ("SEC's") exhibit list for the jury trial in this matter (attached hereto). These objections do not include exhibits previously listed by the SEC that are related to the Accton transaction. On January 9, 2013, counsel for the SEC notified undersigned counsel that it has decided not to include the Accton transaction as a basis for any of its claims against Mr. Shanahan.

DATED: January 10, 2013

/s/ Andrew Good
Andrew Good

/s/ Philip G. Cormier
Philip G. Cormier

Good & Cormier
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933

2

<u>Certificate of Service</u>

    I hereby certify that I sent a true copy of the foregoing by electronically mailing it to the following persons:

**Nancy J. Gegenheimer**　　　　　[gegenheimern@sec.gov](mailto:gegenheimern@sec.gov)

DATED: January 10, 2013

                                         <u>/s/ Andrew Good</u>
                                         Andrew Good

**Shanahan Objections to SEC Exhibits**

| Exh No. | 2/2012 Exh No. | DATE | Description | Shanahan Objections |
|---|---|---|---|---|
| 1 | | | **Deleted** | |
| 2 | 2 | 8/4/1999 | Email from Kay Re Minority interests | Rules 401 & 403 |
| 3 | 3 | 8/9/1999 | Email Jim Benard Re Quarter end process | Rules 401 & 403 |
| 4 | 177 | 8/13/1999 | Cabletron Revenue Recognition Summary | Rules 401 & 403 |
| 5 | | | **Deleted** | |
| 6 | 173 | 11/8/1999 | Software Rev. Recognition Policy | Rules 401 & 403 |
| 7 | 175 | 11/8/1999 | Undated Cabletron Software Revenue Recognition Policy | Rules 401 & 403 |
| 8 | 4 | 11/24/1999 | Email from Rachel Tanguay Re RMA Policy | Rules 401 & 403 |
| 9 | 5 | 2/29/2000 | Cabletron 10-K | Rules 401 & 403 |
| 10 | | | **Deleted** | |
| 11 | 7 | 3/29/2000 | Silver Lake Partners News Report and March 29, 2000-Q4 Analyst Call | Rules 401 & 403 |
| 12 | 147 | 3/29/2000 | Press Release Re Transformation | Rules 401 & 403 |
| 13 | | | **Deleted** | |
| 14 | | | **Deleted** | |
| 15 | | | **Deleted** | |
| 16 | | | **Deleted** | |
| 17 | | | **Deleted** | |
| 18 | | | **Deleted** | |
| 19 | 237 | 6/3/2000 | Cabletron 10-Q | Rules 401 & 403 |
| 20 | 394 | 6/28/2000 | Cabletron Q1 Analyst Call | Rules 401 & 403 |
| 21 | | | **Deleted** | |
| 22 | | | **Deleted** | |
| 23 | 198 | 5/5/2001 | E-mail from J Shanahan Re Master Revenue | Rules 401 & 403 |
| 24 | 238 | 9/2/2000 | Cabletron 10-Q | Rules 401 & 403 |
| 25 | 174 | 9/15/2000 | Cabletron Software Revenue Recognition Policy | Rules 401 & 403 |
| 26 | 14 | 9/22/2000 | Script for Q2 Conference Call | Rules 401 & 403 |

| | | | | |
|---|---|---|---|---|
| 27 | | | **Deleted** | |
| 28 | 399 | 9/26/2000 | Cabletron Q2 Analyst Call | Rules 401 & 403 |
| 29 | | | **Deleted** | |
| 30 | | | **Deleted** | |
| 31 | | | **Deleted** | |
| 32 | 240 | 12/2/2000 | Cabletron 10-Q | Rules 401 & 403 |
| 33 | 21 | 12/20/2000 | Q3 Conference Call Script | Rules 401 & 403 |
| 34 | | | **Deleted** | |
| 35 | | | **Deleted** | |
| 36 | | | **Deleted** | |
| 37 | 224 | 1/11/2001 | Email from Fiallo Re additional revenue to meet target | Rules 401 & 403 |
| 38 | 178 | 1/30/2001 | E-mail from Moya Joosten re: Cabletron Investment Program-Guidelines | Rules 401 & 403 |
| 39 | | | **Deleted** | |
| 40 | | | **Deleted** | |
| 41 | 242 | 3/3/2001 | Cabletron 10-K | Rules 401 & 403 |
| 42 | | | **Deleted** | |
| 43 | | | **Deleted** | |
| 44 | 396 | 3/28/2001 | Cabletron Q4 FY01 Analyst Call | Rules 401 & 403 |
| 45 | 142 | 3/30/2001 | Email from Shanahan Re Q1/April Forecast | Rules 401 & 403 |
| 46 | | | **Deleted** | |
| 47 | | | **Deleted** | |
| 48 | | | **Deleted** | |
| 49 | | | **Deleted** | |
| 50 | | | **DELETED – ACCTON-RELATED** | |
| 51 | | | **DELETED – ACCTON-RELATED** | |
| 52 | | | **DELETED – ACCTON-RELATED** | |
| 53 | N | 4/2/2002 | Enterasys Press Release | No objections |
| 54 | | | **DELETED – ACCTON-RELATED** | |
| 55 | | | **Deleted** | |
| 56 | | | **Deleted** | |
| 57 | | | **DELETED – ACCTON-RELATED** | |
| 58 | | | **Deleted** | |

| | | | | |
|---|---|---|---|---|
| 59 | | | **Deleted** | |
| 60 | | | **Deleted** | |
| 61 | | | **Deleted** | |
| 62 | | | **Deleted** | |
| 63 | | | **Deleted** | |
| 64 | | | **Deleted** | |
| 65 | | | **Deleted** | |
| 66 | | | **Deleted** | |
| 67 | | | **Deleted** | |
| 68 | | | **Deleted** | |
| 69 | | | **Deleted** | |
| 70 | | | **DELETED – ACCTON-RELATED** | |
| 71 | 145 | 4/30/2001 | Email from Tony Hurley Re R&D investments | Rules 401 & 403 |
| 72 | | | **Deleted** | |
| 73 | | | **Deleted** | |
| 74 | | | **Deleted** | |
| 75 | | | **Deleted** | |
| 76 | | | **Deleted** | |
| 77 | | | **Deleted** | |
| 78 | | | **Deleted** | |
| 79 | | | **Deleted** | |
| 80 | | | **Deleted** | |
| 81 | | | **Deleted** | |
| 82 | | | **Deleted** | |
| 83 | | | **Deleted** | |
| 84 | | | **DELETED – ACCTON-RELATED** | |
| 85 | | | **DELETED – ACCTON-RELATED** | |
| 86 | | | **Deleted** | |
| 87 | | | **DELETED – ACCTON-RELATED** | |
| 88 | | | **DELETED – ACCTON-RELATED** | |
| 89 | | | **DELETED – ACCTON-RELATED** | |
| 90 | | | **DELETED – ACCTON-RELATED** | |
| 91 | | | **DELETED – ACCTON-RELATED** | |
| 92 | | | **DELETED – ACCTON-RELATED** | |

| | | | | |
|---|---|---|---|---|
| 93 | | | **DELETED – ACCTON-RELATED** | |
| 94 | | | **Deleted** | |
| 95 | | | **DELETED – ACCTON-RELATED** | |
| 96 | | | **DELETED – ACCTON-RELATED** | |
| 97 | | | **Deleted** | |
| 98 | | | **Deleted** | |
| 99 | 244 | 6/2/2001 | Cabletron 10-Q | No objections |
| 100 | | | **DELETED – ACCTON-RELATED** | |
| 101 | | | **Deleted** | |
| 102 | | | **Deleted** | |
| 103 | | | **Deleted** | |
| 104 | 153 | 6/4/2001 | Email from Eggemeier Re Investment Plan for Q2 | Rules 401 & 403 |
| 105 | | | **DELETED – ACCTON-RELATED** | |
| 106 | | | **Deleted** | |
| 107 | | | **Deleted** | |
| 108 | | | **Deleted** | |
| 109 | | | **DELETED – ACCTON-RELATED** | |
| 110 | | | **Deleted** | |
| 111 | | | **Deleted** | |
| 112 | | | **Deleted** | |
| 113 | | | **Deleted** | |
| 114 | | | **Deleted** | |
| 115 | | | **Deleted** | |
| 116 | | | **Deleted** | |
| 117 | | | **Deleted** | |
| 118 | 154 | 6/12/2001 | Email from Eggemeier to Shanahan Re Investments | Rules 401 & 403 |
| 119 | | | **Deleted** | |
| 120 | | | **Deleted** | |
| 121 | | | **Deleted** | |
| 122 | | | **Deleted** | |
| 123 | 45 | 6/27/2001 | Cabletron Q1 FY02 Analyst Call | Rules 401 & 403 |
| 124 | 272 | 6/27/2001 | Cabletron Earnings Release | Rules 401, 403, 801 |
| 125 | | | **Deleted** | |

| 126 | | | **DELETED – ACCTON-RELATED** | |
| 127 | | | **Deleted** | |
| 128 | | | **DELETED – ACCTON-RELATED** | |
| 129 | 46 | 7/6/2001 | Email from Hurley Re 10-Q | Rules 401 & 403 |
| 130 | | | **DELETED – ACCTON-RELATED** | |
| 131 | 47 | 7/10/2001 | Conference call transcript | Rules 401 & 403 |
| 132 | | | **Deleted** | |
| 133 | | | **Deleted** | |
| 134 | | | **Deleted** | |
| 135 | 159 | 7/13/2001 | Email from Kay Re Tech Data Recommended Buy | No objections |
| 136 | 160 | 7/13/2001 | Email from Levenson Re Tech Data Recommended Buy | Rule 401 |
| 137 | 295 | 7/17/2001 | Email from Kay Re Tech Data Recommended Buy | Rule 401 |
| 138 | 161 | 7/17/2001 | Email from Bill Cater Re Tech Data Recommended Buy | No objections |
| 139 | | | **Deleted** | |
| 140 | 162 | 7/18/2001 | Email from Kay Re Tech Data Recommended Buy | Rules 401 & 403 |
| 141 | 155 | 7/19/2001 | Email from Shanahan Re Revenue Drive | Rules 401 & 403 |
| 142 | 255 | 7/21/2001 | Email from Sims to Fiallo, Shanahan, Vivier, Workman and Johnston Re Time to Step up the Pace | Rules 401 & 403 |
| 143 | | | **Deleted** | |
| 144 | | | **Deleted** | |
| 145 | | | **Deleted** | |
| 146 | | | **Deleted** | |
| 147 | | | **DELETED – ACCTON-RELATED** | |
| 148 | | | **Deleted** | |
| 149 | N | 8/3/2001 | Enterasys Invoice to Tech Data Canada | Rules 401 & 403 for the last two pages |
| 150 | | | **Deleted** | |

| | | | | |
|---|---|---|---|---|
| 151 | 157 | 8/8/2001 | Email from Gagalis Re Revenue Master File | Rules 401 & 403 |
| 152 | | | **DELETED – ACCTON-RELATED** | |
| 153 | | | **Deleted** | |
| 154 | | | **DELETED – ACCTON-RELATED** | |
| 155 | | | **DELETED – ACCTON-RELATED** | |
| 156 | | | **DELETED – ACCTON-RELATED** | |
| 157 | | | **DELETED – ACCTON-RELATED** | |
| 158 | | | **Deleted** | |
| 159 | | | **Deleted** | |
| 160 | | | **Deleted** | |
| 161 | 164 | 8/17/2001 | Email from Croft Re Tech Data | No objections |
| 162 | | | **Deleted** | |
| 163 | 256 | 8/18/2001 | Email from Jaeger to Fiallo, Patel and Gagalis re Bullet Points | Rules 401 & 403 |
| 164 | 329 | 8/18/2001 | Levenson to Kay: cash collection | Rules 401 & 403 |
| 165 | | | **Deleted** | |
| 166 | | | **DELETED – ACCTON-RELATED** | |
| 167 | | | **DELETED – ACCTON-RELATED** | |
| 168 | | | **Deleted** | |
| 169 | | | **Deleted** | |
| 170 | | | **Deleted** | |
| 171 | | | **Deleted** | |
| 172 | 228 | 8/22/2001 | Email from Fiallo to Patel, Jaeger, Kirkpatrick re Conference Call | Rules 401 & 403 |
| 173 | 297 | 8/23/2001 | Correspondence from Garofolo to Tech Data | No objections |
| 174 | 60 | 8/27/2001 | Email from Jaeger Re Balance sheet Form 8-K | Rules 401 & 403 |
| 175 | | | **Deleted** | |
| 176 | | | **Deleted** | |
| 177 | 298 | 8/27/2001 | Email from Levenson to Dunbar Re Ingram and Tech Data | No objections |
| 178 | | | **DELETED – ACCTON-RELATED** | |
| 179 | | | **Deleted** | |

| | | | | |
|---|---|---|---|---|
| 180 | 190 | 8/27/2001 | Email from Kay to Shanahan Re Tech Data | No objections |
| 181 | | | **DELETED – ACCTON-RELATED** | |
| 182 | | | **Deleted** | |
| 183 | | | **DELETED – ACCTON-RELATED** | |
| 184 | 300 | 8/29/2001 | Correspondence from Benard to Tech Data | No objections |
| 185 | 301 | 8/29/2001 | Email from Benard to Shanahan Re Tech Data Letter | No objections |
| 186 | | | **Deleted** | |
| 187 | 191 | 8/29/2001 | Email from Shanahan to Tech Data Re Confirmation | No objections |
| 188 | | | **Deleted** | |
| 189 | | | **Deleted** | |
| 190 | | | **Deleted** | |
| 191 | | | **Deleted** | |
| 192 | | | **Deleted** | |
| 193 | | | **Deleted** | |
| 194 | | | **Deleted** | |
| 195 | | | **Deleted** | |
| 196 | | | **Deleted** | |
| 197 | | | **Deleted** | |
| 198 | | | **DELETED – ACCTON-RELATED** | |
| 199 | | | **DELETED – ACCTON-RELATED** | |
| 200 | 271 | 9/1/2001 | Email from Gagalis Re Financial package | Rules 401 & 403 |
| 201 | 347 | 2/24/2000 | Press Release on Silver Lake Investment | Rules 401 & 403 |
| 202 | 307 | 9/1/2001 | KPMG summary of domestic partners | No objections |
| 203 | 281 | 9/1/2001 | Email from Shanahan Re Investment Team | Rules 401 & 403 |
| 204 | | | **DELETED – ACCTON-RELATED** | |
| 205 | 270 | 9/1/2001 | Enterasys 10Q, September 2001 | Rules 401 & 403 |
| 206 | 245 | 9/29/2001 | Enterasys 10Q(A), September 2001 | Rules 401 & 403 |
| 207 | 360 | 9/1/2001 | Investment Minority List | Rules 401 & 403 |
| 208 | | | **DELETED – ACCTON-RELATED** | |
| 209 | | | **Deleted** | |

7

| | | | | |
|---|---|---|---|---|
| 210 | | | **Deleted** | |
| 211 | | | **Deleted** | |
| 212 | | | **Deleted** | |
| 213 | | | **Deleted** | |
| 214 | | | **Deleted** | |
| 215 | | | **Deleted** | |
| 216 | 304 | 9/4/2001 | Email from Don Weaver to Joe Guth Re TD Canada PO Terms | No objections |
| 217 | | | **DELETED – ACCTON-RELATED** | |
| 218 | 195 | 9/4/2001 | Email from Shanahan Re Partners | Rules 401 & 403 |
| 219 | 305 | 9/5/2001 | Email from Guth Re Preliminary Q2 Channels Returns Reserves Est. | No objections |
| 220 | | | **DELETED – ACCTON-RELATED** | |
| 221 | 294 | 9/6/2001 | Email from Levenson Re Tech Data Recommended Buy | No objections |
| 222 | | | **Deleted** | |
| 223 | 69 | 9/7/2001 | Email from Shanahan Re Inv. red actions | Rules 401 & 403 |
| 224 | | | **DELETED – ACCTON-RELATED** | |
| 225 | | | **DELETED – ACCTON-RELATED** | |
| 226 | | | **Deleted** | |
| 227 | 70 | 9/8/2001 | Email from KPMG Re Q2 investments | Rules 401 & 403 |
| 228 | | | **DELETED – ACCTON-RELATED** | |
| 229 | | | **DELETED – ACCTON-RELATED** | |
| 230 | | | **DELETED – ACCTON-RELATED** | |
| 231 | | | **Deleted** | |
| 232 | | | **DELETED – ACCTON-RELATED** | |
| 233 | 306 | 9/13/2001 | Email from Guth to Kay Re Final Q2 Channels Return Reserves file | No objections |
| 234 | 169 | 9/13/2001 | Email from Levenson to Kay Re Channel agreements | No objections |
| 235 | | | **Deleted** | |
| 236 | | | **Deleted** | |
| 237 | | | **Deleted** | |
| 238 | 192 | 9/17/2001 | Email from Levenson Re Channel Agreements | No objections |

8

| | | | | |
|---|---|---|---|---|
| 239 | | | **DELETED – ACCTON-RELATED** | |
| 240 | 152 | 9/26/2001 | Analyst reports from Equity Research, Morgan Stanley | Rules 401, 403, 801 |
| 241 | 314 | 9/26/2001 | Enterasys Q2 Results Top Wall Street Estimates article | Rules 401, 403, 801 |
| 242 | 284 | 9/26/2001 | 9/01 Cabletron General Ledger Posting | Rules 401 & 403 |
| 243 | 398 | 9/26/2001 | Enterasys Q2 FY02 Analyst Call | Rules 401 & 403 |
| 244 | 384 | 10/9/2001 | Proxy Statement | Rules 401 & 403 |
| 245 | 166 | 10/11/2001 | Email from Fiallo Re 90d terms- Tech Data | No objections |
| 246 | | | **Deleted** | |
| 247 | | | **Deleted** | |
| 248 | | | **DELETED – ACCTON-RELATED** | |
| 249 | | | **DELETED – ACCTON-RELATED** | |
| 250 | | | **Deleted** | |
| 251 | | | **Deleted** | |
| 252 | | | **Deleted** | |
| 253 | 235 | 11/28/2001 | Email from Levenson Re TD Recommended Inventory Return | No objections |
| 254 | | | **Deleted** | |
| 255 | | | **Deleted** | |
| 256 | 383 | 12/8/2001 | ADP Master Control Company Options | Rules 401 & 403 |
| 257 | | | **DELETED – ACCTON-RELATED** | |
| 258 | 149 | 12/29/2001 | Enterasys Form 10-K | Rules 401 & 403 |
| 259 | 380 | 12/29/2001 | KPMG Memo on Process Analysis Documents-US Sales Process | Rules 401 & 403 |
| 260 | | | **Deleted** | |
| 261 | 382 | 12/31/2001 | ADP records on Shanahan | Rules 401 & 403 |
| 262 | | | **Deleted** | |
| 263 | | | **Deleted** | |
| 264 | | | **Deleted** | |
| 265 | | | **Deleted** | |
| 266 | | | **DELETED – ACCTON-RELATED** | |
| 267 | | | **DELETED – ACCTON-RELATED** | |

9

| | | | | |
|---|---|---|---|---|
| 268 | 171 | 2/5/2002 | Analyst Report from The Wall Street Journal | Rules 403 & 801 |
| 269 | 311 | 2/5/2002 | Article " Enterasys Discloses Account Issues, Delays Earnings | Rules 403 & 801 |
| 270 | 258 | 2/6/2002 | Email from P. Colella to D. Wilson re: Enterasys Memo. | Rules 401 & 403 |
| 271 | 312 | 2/12/2002 | Email from Levenson to Haak Re TD $3M stockin Order | No objections |
| 272 | N | 2/1/2002 | Enterasys Press Release | Rules 401 & 403 |
| 273 | | | **Deleted** | |
| 274 | 299 | 2/28/2002 | Correspondence from Collins to Bill Cater | No objections |
| 275 | 168 | 2/28/2002 | Tech Data Canada letter to Elaine Marks and Larry Collins sending Cater letter from Tech Data | No objections |
| 276 | | | **Deleted** | |
| 277 | 185 | 3/4/2002 | Correspondence from Levenson to Tech Data Canada | Rules 401 & 403 |
| 278 | | | **Deleted** | |
| 279 | | | **Deleted** | |
| 280 | | | **Deleted** | |
| 281 | 279 | 6/1/2002 | KPMG Preliminary Draft | Rules 401 & 403 |
| 282 | | | **DELETED – ACCTON-RELATED** | |
| 283 | | | **Deleted** | |
| 284 | 357 | 7/9/2002 | Investment Impairment Review | Rules 401, 403, 801 |
| 285 | | | **DELETED – ACCTON-RELATED** | |
| 286 | 39 | 11/21/2002 | Enterasys Investment Journal Entries | Rules 401 & 403 |
| 287 | | | **Deleted** | |
| 288 | N | | Shanahan's Separate Statement of Undisputed Facts in Support of His Motion for Summary Judgment | No objections; Accton Section Not Applicable |
| 289 | 165 | 4/8/2003 | Testimony of Manal Guirguis | Rules 801 & 106 |
| 290 | 385 | 6/11/2003 | Stock Options Exercised | Rule 403 |
| 291 | 386 | 6/27/2003 | Option list | Rule 403 |
| 292 | 387 | 6/27/2003 | Stock Options Granted | Rule 403 |
| 293 | | | **Deleted** | |
| 294 | | | **Deleted** | |

10

| 295 | | | **Deleted** | |
|---|---|---|---|---|
| 296 | 389 | 11/26/2006 | 2001 Cash Compensation on Shanahan | Rule 403 |
| 297 | 388 | 11/26/2006 | Schedule of Stock Option Shanahan | Rule 403 |
| 298 | 143 | 2/12/2010 | Interrogatories of Jerry Shanahan | No objections |
| 299 | | | **Deleted** | |
| 300 | 80 | 5/23/2011 | Expert Report of Steve Henning | Rules 401 & 403 |
| 301 | 81 | 5/24/2011 | Steve Henning Declaration | Rules 401, 403, 801 |
| 302 | 151 | 10/1/2011 | Declaration of Bruce Kay | Rule 801 |
| 303 | 150 | 11/1/2011 | Declaration of Susan Levenson | Rule 801; as to par. 8, Rule 106 |
| 304 | 303 | 12/16/2011 | Shanahan declaration | No objections |
| 305 | 79 | | Fiallo 302s | Rules 401, 403, 801 |
| 306 | 288 | | Hurley 302s | Rules 401, 403, 801 |
| 307 | 289 | | Spence 302s | Rules 401, 403, 801 |
| 308 | | | **Deleted** | |
| 309 | N | 3/1/2001 | Enterasys table of historical prices | Rules 801 & 106 |