UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JERRY A. SHANAHAN )<br>)<br>Defendant. ) | Civ. No. 01:07-00039-SM |

JERRY SHANAHAN'S MOTION TO BE
EXCUSED FROM ATTENDING PRETRIAL CONFERENCE

Jerry Shanahan moves this Court to excuse him from attending the pretrial conference with his counsel on January 16, 2013. Counsel will attend and have full authority to act for Mr. Shanahan.

Mr. Shanahan resides in Cork, Ireland. It is prohibitively expensive and burdensome for him to attend the conference.

DATED: January 14, 2013

                                                                                                       Respectfully submitted,

                                                                                                         /s/ Andrew Good
                                                                                                         Andrew Good

                                                                                                         /s/ Philip G. Cormier
                                                                                                         Philip G. Cormier

                                                                                                         Good & Cormier
                                                                                                         83 Atlantic Avenue
                                                                                                         Boston, MA 02110
                                                                                                         (617) 523-5933

Certificate of Service

I hereby certify that I sent a true copy of the foregoing by electronically mailing it to the following persons:

**Nancy J. Gegenheimer**          gegenheimern@sec.gov

DATED: January 14, 2013

                                              /s/ Andrew Good
                                              Andrew Good