UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.                                                                    C.A. No. 07-00039-SM

ERIC JAEGER, JERRY A. SHANAHAN,

Defendants.

**FINAL JUDGMENT AS TO DEFENDANT ERIC JAEGER**

The Securities and Exchange Commission having filed a Complaint and Defendant Eric

Jaeger ("Defendant") having entered a general appearance; consented to the Court's jurisdiction

over Defendant and the subject matter of this action; consented to entry of this Final Judgment

without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived

findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and

Defendant's agents, servants, employees, attorneys, and all persons in active concert or

participation with them who receive actual notice of this Final Judgment by personal service or

otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section

13(b)(5) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78m(b)(5)]

and Rule 13b2-1 promulgated thereunder [17 C.F.R. § 240. 13b2-1], by knowingly

circumventing or knowingly failing to implement a system of internal accounting controls or

knowingly falsifying any book, record, or account described in paragraph 2 of Section 13(b)(2) of the Exchange Act.

## II.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims of aiding and abetting liability for violations of Sections 10(b) of the Exchange Act and Rules 10b-5(a) – (c) thereunder are dismissed, all other claims as to Jaeger were dismissed in the Court's order on Jaeger's motion to dismiss [#209] and are unappealable.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: ___January 16___, _2013_

UNITED STATES DISTRICT JUDGE