UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

           v.

ERIC JAEGER, JERRY A. SHANAHAN,

                        Defendants.

No. 07-CV-00039-SM

**PERMANENT INJUNCTION AGAINST DEFENDANT JERRY SHANAHAN**

The Securities and Exchange Commission having filed a Complaint and Defendant Jerry Shanahan ("Defendant") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 13(b)(5) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78m(b)(5)] and Rule 13b2-1 promulgated thereunder [17 C.F.R. § 240. 13b2-1], by knowingly

circumventing or knowingly failing to implement a system of internal accounting controls or knowingly falsifying any book, record, or account described in paragraph 2 of Section 13(b)(2) of the Exchange Act.

## II.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all other claims are dismissed.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated:  February 25   , 2013

_____
UNITED STATES DISTRICT JUDGE