UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>           Plaintiff,<br>v.<br><br>HOR CHONG (DAVID) BOEY,<br><br>           Defendants | Civ. No. 01:07-00039-SM |

**MOTION FOR DEFAULT JUDGMENT AGAINST HOR CHONG (DAVID) BOEY AND FOR A PERMANENT INJUNCTION, DISGORGEMENT, CIVIL PENALTIES AND AN OFFICER AND DIRECTOR BAR**

The Plaintiff, Securities and Exchange Commission respectfully moves this court for default judgment against defendant Hor Chong (David) Boey under Fed. R. Civ. P. 55(b).  This Motion is supported by the Memorandum submitted herewith and the Declaration of Nancy Gegenheimer.

Respectfully submitted, July 1, 2013.

                                        /s/ Nancy J. Gegenheimer
                                        Nancy J. Gegenheimer
                                        Leslie Hughes
                                        Attorneys for Plaintiff
                                        Securities and Exchange Commission
                                        1801 California Street, Suite 1500
                                        Denver, CO  80202
                                        Phone:  303.844.1000   Fax:  303.844.1068

CERTIFICATE OF SERVICE

I certify that on July 1, 2013, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   ag@gscboston.com   (Counsel for Shanahan)

Philip G. Cormier   pc@gscboston.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Kevin E. Sharkey     kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan    jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant    mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell    wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo    wcintolo@aol.com (Counsel for Boey)

                                              S/ Nicole L. Nesvig