UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　Plaintiff,<br>　v.<br><br>HOR CHONG (DAVID) BOEY,<br><br>　　　　　　Defendants | Civ. No. 01:07-00039-SM |

## MOTION FOR DEFAULT JUDGMENT AGAINST HOR CHONG (DAVID) BOEY AND FOR A PERMANENT INJUNCTION, DISGORGEMENT, CIVIL PENALTIES AND AN OFFICER AND DIRECTOR BAR

The Plaintiff, Securities and Exchange Commission respectfully moves this court for default judgment against defendant Hor Chong (David) Boey under Fed. R. Civ. P. 55(b). This Motion is supported by the Memorandum submitted herewith and the Declaration of Nancy Gegenheimer.

Respectfully submitted, July 1, 2013.

　　　　　　　　　　　　　　/s/ Nancy J. Gegenheimer
　　　　　　　　　　　　　　Nancy J. Gegenheimer
　　　　　　　　　　　　　　Leslie Hughes
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　1801 California Street, Suite 1500
　　　　　　　　　　　　　　Denver, CO  80202
　　　　　　　　　　　　　　Phone:  303.844.1000   Fax:  303.844.1068

CERTIFICATE OF SERVICE

I certify that on July 1, 2013, I sent a true copy of the foregoing pleading by electronically mailing it through the ECF system to the following persons:

John Richard Baraniak, Jr.   jbaraniak@choate.com   (Counsel for Patel)

Diana K. Lloyd   dlloyd@choate.com (Counsel for Patel)

Peter Bryan Moores   pmoores@choate.com (Counsel for Patel)

Jeffrey B. Rudman   jeffrey.rudman@wilmerhale.com (Counsel for Jaeger)

Jonathan A. Shapiro   jonathan.shapiro@wilmerhale.com (Counsel for Jaeger)

Miranda Hooker   miranda.hooker@wilmerhale.com (Counsel for Jaeger)

Peter A. Spaeth   peter.spaeth@wilmerhale.com (Counsel for Jaeger)

Bruce A. Singal   bsingal@dbslawfirm.com (Counsel for Kay)

John C. Kissinger   jkissinger@nkms.com (Counsel for Kay)

Michelle R. Peirce   mpeirce@dbslawfirm.com (Counsel for Kay)

Victor W. Dahar   vdaharpa@worldnet.att.net (Counsel for Skubisz)

Ann Pauly   apauly@gtmllp.com (Counsel for Skubisz)

Mark B. Dubnoff   mdubnoff@eapdlaw.com   (Counsel for Barber)

Richard McCarthy   rmccarthy@eapdlaw.com   (Counsel for Barber)

Mark B. Dubnoff   mdubnoff@eapdlaw.com (Counsel for Barber)

Michael D. Ramsdell   mramsdell@krhlaw.com (Counsel for Barber)

Andrew Good   ag@gscboston.com   (Counsel for Shanahan)

Philip G. Cormier   pc@gscboston.com (Counsel for Shanahan)

Steven M. Gordon   sgordon@shaheengordon.com   (Counsel for Kirkpatrick)

Lucy J. Karl   lkarl@shaheengordon.com (Counsel for Kirkpatrick)

Kevin E. Sharkey    kjs5@verizon.net (Counsel for Collins)

Jennifer M. Ryan   jryan@dwyercollora.com (Counsel for Collins)

Maria R. Durant   mdurant@dwyercollora.com (Counsel for Collins)

William H. Kettlewell   wkettlewell@dwyercollora.com (Counsel for Collins)

William Contolo   wcintolo@aol.com (Counsel for Boey)

S/ Nicole L. Nesvig