UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States Securities
and Exchange Commission,</u>
Plaintiff

v.

<u>Piyush G. Patel; David J.Kirkpatrick;
Eric Jaeger;Bruce D. Kay; Robert J. Gagalis;
Robert G. Barber, Jr; Lawrence Collins;
Michael A.Skubisz; Jerry A. Shanahan;
and Hor Chong (David) Boey,</u>
Defendants

Civil No. 07-cv-39-SM

**J U D G M E N T**

In accordance with following, judgment is hereby entered:

1. Order by Judge Steven McAuliffe dated March 24, 2008, granting in part defendant Collins' Motion to Dismiss;

2. Order by Judge Steven McAuliffe dated March 24, 2008, granting in part defendant Kirkpatrick's Motion to Dismiss;

3. Order by Judge Steven McAuliffe dated March 24, 2008, granting in part defendant Patel's Motion to Dismiss;

4. Order by Judge Steven McAuliffe dated March 24, 2008, granting in part defendant Jaeger's Motion to Dismiss;

5. Order by Judge Steven McAuliffe dated July 31, 2008 as to defendants Robert J.

Gagalis and Bruce D. Kay;

 6. Order by Judge Steven McAuliffe dated August 27, 2008 as to defendant Robert G. Barber;

 7. Order by Judge Steven McAuliffe dated September 30, 2009, granting in part motions to dismiss (Doc. Nos. 157, 158, 159, 160, 162); and, granting in part motion for judgment on pleadings (Doc. No. 165);

 8. Orders of Final Judgment by Judge Steven McAuliffe dated June 24, 2011, as to defendants Lawrence Collins, Michael Skubisz, David J. Kirkpatrick, and Piyush G. Patel;

 9. Order of Final Judgment by Judge Steven McAuliffe dated January 16, 2013 as to defendant Eric Jaeger;

 10. Order by Judge Steven McAuliffe dated February 25, 2013 as to defendant Jerry Shanahan;

 11. Order by Judge Steven McAuliffe dated July 22, 2013, granting default judgment against defendant Hor Chong Boey.

              By the Court,

              */s/ James R. Starr*
              James R. Starr
              Clerk of Court

Date: July 25, 2013

cc: Nancy J. Gegenheimer
   Leslie J. Hughes
   Jeffrey S. Lyons

Diana K. Lloyd
John Richard Baraniak , Jr.
Peter Bryan Moores
Lucy J. Karl
Steven M. Gordon
Conrad WP Cascadden
Jeffrey B. Rudman
Jonathan A. Shapiro
Miranda Hooker
Peter A. Spaeth
Elizabeth H. Skey
James Lux
James W. Prendergast
Patrick T. Murphy
Bruce A. Singal
John C. Kissinger
Michelle R. Peirce
Michael D. Ramsdell
Mark B. Dubnoff
Richard J. McCarthy
Jennifer M. Ryan
Maria R. Durant
William H. Kettlewell
Kevin E. Sharkey
Ann Pauly
Victor W. Dahar
Andrew Good
Philip G. Cormier
Peter D. Anderson
Willliam Cintolo